*Akiko Davis v. The Kroger Co.*
*State Court of Cobb County, State of Georgia*
*Civil Action File Number: 21-A-3497*

*Akiko Davis v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number:  TBA*

# EXHIBIT C:  PETITION FOR REMOVAL

## ALL PLEADINGS FILED IN THE
## STATE COURT OF COBB COUNTY

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☑ State Court of ___Cobb_____ County

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

SEP 30, 2021 01:50 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

| **For Clerk Use Only** | |
| --- | --- |
| Date Filed 09-30-2021 | Case Number 21-A-3497 |
| MM-DD-YYYY | |

| **Plaintiff(s)** | | | | | **Defendant(s)** | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Davis, Akiko | | | | | The Kroger Co. | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Perkins, Lee      **Bar Number** 572256      **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

| **General Civil Cases** | **Domestic Relations Cases** |
| --- | --- |
| ☐ Automobile Tort | ☐ Adoption |
| ☐ Civil Appeal | ☐ Contempt |
| ☐ Contract |    ☐ Non-payment of child support, medical support, or alimony |
| ☐ Contempt/Modification/Other Post-Judgment | ☐ Dissolution/Divorce/Separate Maintenance/Alimony |
| ☐ Garnishment | ☐ Family Violence Petition |
| ☑ General Tort | ☐ Modification |
| ☐ Habeas Corpus |    ☐ Custody/Parenting Time/Visitation |
| ☐ Injunction/Mandamus/Other Writ | ☐ Paternity/Legitimation |
| ☐ Landlord/Tenant | ☐ Support – IV-D |
| ☐ Medical Malpractice Tort | ☐ Support – Private (non-IV-D) |
| ☐ Product Liability Tort | ☐ Other Domestic Relations |
| ☐ Real Property | |
| ☐ Restraining Petition | |
| ☐ Other General Civil | |

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____       _____
       **Case Number**                          **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
          **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____
_____

Version 1.1.20

⊕ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

SEP 30, 2021 01:50 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

AKIKO DAVIS,

*Plaintiff*

V.

THE KROGER CO.,

Defendant

CIVIL ACTION

FILE NO.: _____

**JURY TRIAL DEMANDED**

## COMPLAINT

COMES NOW AKIKO DAVIS, Plaintiff, and makes and files this complaint against Defendant THE KROGER CO. as follows:

### PARTIES AND JURISDICTION

1.

Plaintiff AKIKO DAVIS resides in Georgia, and is subject to the jurisdiction of this court.

2.

THE KROGER CO. is an Ohio corporation doing business in GEORGIA and may be served through its registered agent CSC of Cobb County, Inc. at 192 Anderson Street, Suite 125, Marietta, Georgia 30060, and is subject to the jurisdiction of this court.

3.

Jurisdiction and venue are proper in this court.

## BACKGROUND

### 4.

In October 2019, Plaintiff was an invitee at the Kroger grocery store located at 5900 E. Lake Parkway, Henry County, Georgia 30253.

### 5.

While exiting the store after purchasing a few items, Plaintiff tripped on a mat in the entrance/exit area that was bunched up at said Kroger store. Plaintiff fell forward awkwardly but did not fall to the ground. Plaintiff's right foot was caught in the mat, causing her foot to come down awkwardly.

### 6.

There were no cones or other warnings in the area of the bunched up mat at the time of the fall. The mat was not secured to the ground to avoid the bunching up which was foreseeable given the large numbers of invitees coming and going from the Kroger grocery store.

### 7.

Defendant had exclusive ownership, possession and control over the premises at all times relevant to this litigation.

### 8.

As a result of plaintiff's fall, she suffered ankle, knee and neck injuries.

## COUNT 1
## PREMISES LIABILITY

### 9.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

### 10.

Plaintiff was an invitee on the premises at the time of the fall.

### 11.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

12.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazard from the floor, in failing to take adequate measures to protect invitees from dangerous condition in the entrance/exit area of the store and in failing to keep the premises safe for invitees.

13.

Defendant's negligence was the proximate cause of plaintiff's injuries.

## COUNT 2
## NEGLIGENT TRAINING & SUPERVISION

14.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning and maintaining the premises.

16.

Defendant was negligent in training and supervising its staff.

17.

As a result of defendant's negligence in training and supervising its employees, plaintiff was injured on the premises.

WHEREFORE, Plaintiff prays that she have a trial on all issues and judgment against Defendant The Kroger Co. as follows:

(a)     That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;

(b)    That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;

(c)    That plaintiff recover such other and further relief as is just and proper;

(d)    That all issues be tried before a jury.

This _____30_____ day of September, 2021.


By: _____

**_Lee B. Perkins_**

Georgia Bar No. *572256*

Attorney for Plaintiff


5180 Roswell Road

South Building, Suite 201

Atlanta, Georgia 30342

404-231-9229

Fax:  404-847-0226

E-mail:  law@leeperkins.com

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  <u>21-A-3497</u>

$248.00 COST PAID

Davis, Akiko

---

**PLAINTIFF**

**VS.**

The Kroger Co.

---

**DEFENDANT**

## SUMMONS

TO: THE KROGER CO.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Lee Perkins**
> **Lee B. Perkins, Attorney at Law**
> **5180 Roswell Road**
> **South Building, Suite 201**
> **Atlanta, Georgia 30342**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 30th day of September, 2021.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

⊕ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

SEP 30, 2021 01:50 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY

## STATE OF GEORGIA

AKIKO DAVIS,

*Plaintiff*

V.

THE KROGER CO.,

Defendant

CIVIL ACTION

FILE NO.: _____

## PLAINTIFF'S FIRST CONTINUING INTERROGATORIES TO DEFENDANT

## THE KROGER CO.

To:  The Kroger Co.
Reg. Agent: CSC of Cobb County, Inc.
192 Anderson Street, Suite 125
Marietta, Georgia 30060

Plaintiff, pursuant to O.C.G.A. section 9-11-33 requests Defendant, The Kroger Co.,

to respond to the following Interrogatories for the purpose of this action pursuant to Rule 33

of the Georgia Civil Practice Act (O.C.G.A. section 9-11-33).

Note A: As used herein, the term "you" and "your," is intended to and shall embrace

and include Defendant, and all attorneys, agents, servants, employees, representatives, and

private investigators of or employed by Defendant, and all others who are in possession of or

who may have obtained information for or on behalf of Defendant.

Note B:  These Interrogatories shall be deemed continuing so as to require

supplemental answers if you or your attorneys obtain further information between the time

the answers are served and the time of the trial.

Note C:  As used in these Interrogatories, the term "document" is intended to and shall embrace and include everything, whether tangible or not, which is included in the definition of "document" as that term is used in O.C.G.A. section 9-11-34.

Note D:  As used in these Interrogatories, the term "tangible thing" is intended to and shall embrace and include everything which is included in the definition of "tangible things" as that term is used in O.C.G.A. section 9-11-34.

Note E:  The term "person" is intended to and shall embrace and include all natural persons in any type of entity whatsoever, including, but not limited to, partnerships, associations, corporations, government agencies, and government departments.

Note F:  As used herein, the term "writing" is intended to and shall embrace and include everything, whether tangible or not, by whomever produced or reproduced now or at any time in your possession, custody or control, including, but not limited to, all letters, telephone records and notations, emails, minutes, bulletins, instructions, advertisements, literature, reports, published opinions, treatises, text books, memoranda, notes, notebooks, work sheets, drawings, agreements, memoranda of conversations, recordings, photographs, diaries or other written, recorded or graphic matters and all records of information or communication of whatever type or nature which is included in the definition of O.C.G.A. section 9-11-34, including copies or reproductions of all the foregoing items upon which notations or writings have been made which do not appear on the originals.

Note G:  When asked in these Interrogatories to "identify" any document or tangible thing, give the following information:

(a)     description of the item;

(b)     the nature of the item;

(c)     the date and place the item was made, executed, taken, etc.;

(d)     a general summary of the contents of the item, if applicable;

(e)     how many and what kind of copies, reproductions or other facsimiles of the

item;

(f)     the condition of the item; and

(g)     "identify" the person or persons who presently have custody of the item or any

copy, reproduction, or facsimile thereof.

Note H:  If the Interrogatories are objected to on the ground of privilege or otherwise,

set forth fully each such objection and the facts upon which Defendant relies as the basis for

each such objection.

1.

Please identify all persons who have assisted in preparing the responses to these

Interrogatories on behalf of you.

2.

Identify each person whom you expect to call as a witness or an expert witness for

trial, and for each person give his or her:

(a)     Name;

(b)     Present home address and telephone number;

(c)     Present business address and telephone number; and

(d)     Qualifications in his or her area of expertise.

3.

As to each person named as an expert witness in your answer to the preceding Interrogatory, state:

(a)     The substance of the facts and opinions of which each expert witness is expected to testify;

(b)     A summary of the grounds for each opinion of each such expert; and

(c)     Whether such expert has rendered a written report with regard to any matters involved in this lawsuit. If so, please given the name, address and telephone number of the present custodian of each such report.

4.

Identify each and every report or statement of any type made by you or any of your agents, family members or employees to anyone regarding any of the facts of this case or events leading up to it or subsequent thereto. As to each, include its date, the type of report or statement, whether written, oral, recorded, reported or otherwise, to whom it was made, its substance, whether such reports are made in the normal course of your business in any incident such as that involved in this case and the name, address and custodian of each statement.

5.

Identify any insurance policies held by you that cover or potentially cover Plaintiff's claim from October 2019, including policy number and amount of coverage.

6.

Identify all witnesses known to you or your attorney who have any knowledge of the facts of any defense you have made in the above styled matter, whether as to the issues of contract, breach, liability, causation, or damages, and state:

    a.    The names, addresses and telephone numbers of said witnesses;

    b.    The substance of the knowledge of each.

7.

Identify any photographs, motion pictures, plats, drawings, diagrams, etc. made of any person or persons, place or places, thing or things, by or on behalf of you, or otherwise to have been known to have been made by anyone concerning this matter and as to each state;

    a.    The dates of same;

    b.    Scenes or objects they depict; and

    c.    Identify the custodian of same.

8.

As to any statements, written or otherwise, obtained from anyone, including Plaintiff, state:

    a.    The individuals giving such statements;

    b.    The dates on which it was obtained;

    c.    The substance of such statement; and

    d.    Identify the present custodian of same.

9.

Please state in detail any notice of the condition of the mat placed in or near the entryway/exit area in question on or before October 2019. Please identify any documents

in support of such notice, and who is the custodian of said documents.

10.

Please identify any factual basis for your denials of Plaintiff's claims in your

Answer to her Complaint. Please identify any documents in support of such denials.

This the __30__ day of ____Sept__, 2021.

Respectfully submitted,

Lee B. Perkins, Esq.
Attorney for Plaintiff
Ga. Bar No. 572256

5180 Roswell Road
South Building, Suite 201
Atlanta, Georgia 30342
(404) 231-9229

davisintrpd

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

SEP 30, 2021 01:50 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

AKIKO DAVIS,                                  )
                                             )
              Plaintiff,                      )
                                             )        CIVIL ACTION
                                             )        FILE NO.: _____
       v.                                    )
                                             )
                                             )
THE KROGER CO.,                              )
                                             )
              Defendant.                      )
_____)

## PLAINTIFF'S REQUEST FOR PRODUCTION
## OF DOCUMENTS TO DEFENDANT THE KROGER CO.

Plainitff hereby serves upon Defendant, the following Request for Production of

Documents under the provisions of Section 34 of the Georgia Civil Practice Act (O.C.G.A.

section 9-11-34). Defendant is requested to produce the documents and photographs

hereinafter set forth at 10:00 a.m. on the forty-fifth (45th) day after service of this request at

the offices of the undersigned where facilities are available for proper copying. Defendant is

also required to make a written response to this Request pursuant to O.C.G.A. section 9-11-

34. Defendant is required to produce the following:

1.

All documents identified by Defendant in response to Plainitff's First Continuing

Interrogatories.

2.

All documents consulted, referred to or otherwise utilized in any way in connection

with the preparation of Defendant's responses to Plaintiff's First Continuing Interrogatories.

3.

All photographs, drawings, reports and maps relating to the defense or prosecution of a counterclaim in the within action.

4.

All reports prepared by any expert as to any matters relating to the within action.

This the 30 day of Sept, 2021.

Respectfully submitted,

Lee B. Perkins, Esq.
Attorney for Plaintiff
Georgia Bar No. 572256

5180 Roswell Road
South Building, Suite 201
Atlanta, Georgia 30342
(404) 231-9229

DAVISintrpd



**null / ALL**
**Transmittal Number: 23893228**
**Date Processed: 10/08/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Venessa C. Wickline Gribble<br>The Kroger Co.<br>1014 Vine Street<br>Cincinnati, OH 45202-1100 |

| | |
|---|---|
| **Entity:** | The Kroger Co.<br>Entity ID Number  2171751 |
| **Entity Served:** | The Kroger Co. |
| **Title of Action:** | Akiko Davis vs. The Kroger Co. |
| **Matter Name/ID:** | Akiko Davis vs. The Kroger Co. (11629062) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cobb County State Court, GA |
| **Case/Reference No:** | 21-A-3497 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 10/07/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Lee B. Perkins<br>404-231-9229 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __21-A-3497__

Date Filed _____

| Superior Court | ☐ | Magistrate Court | ☐ |
|---|---|---|---|
| State Court | ☒ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, __COBB__ COUNTY

Attorney's Address  **Perkins, Lee**
**Lee B. Perkins, Attorney at Law**
**5180 Roswell Road**
**South Building, Suite 201**
**Atlanta, GEORGIA 30342-**

Davis, Akiko

SERVE

_____ Plaintiff

VS.

The Kroger Co.

Name and Address of Party to be Served.
**The Kroger Co.**

_____

**CSC of Cobb County, 192 Anderson Street, Suite 125**

_____ Defendant

**Marietta, GEORGIA 30060**

_____

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☑ Served the defendant _The Kroger Co._ a corporation by leaving a copy of the within action and summons with _Terri Thompson CSC of Cobb County_ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __7__ day of __Oct.__, 20 __21__

_B. Floyd 14006_
Deputy

DEFENDANT COPY          DEFENDANT COPY

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

**NOV 05, 2021 02:56 PM**

*Robin C. Bishop*

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AKIKO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.  21-A-3497 |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT THE KROGER CO.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

COMES NOW The Kroger Co. (hereinafter referred to as "Kroger"), named in Plaintiff Akiko Davis' Complaint (the "Complaint") (hereinafter referred to as "Plaintiff") by and through undersigned counsel, and files this, its *Answer and Affirmative Defenses* thereto, further showing this honorable Court as follows:

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim against Kroger upon which relief can be granted.

### SECOND DEFENSE

Defendant Kroger committed no act or omission which caused or contributed to the subject incident or the Plaintiff's alleged injuries.

### THIRD DEFENSE

Kroger has breached no duty owed to the Plaintiff.

### FOURTH DEFENSE

Any alleged injuries sustained by the Plaintiff were proximately caused in whole or in part by the acts or omissions of persons other than Kroger, over whom Kroger had no control, or by the superseding intervention of causes outside Kroger's control.

### FIFTH DEFENSE

Kroger breached no legal duty owing Plaintiff, and therefore Plaintiff cannot recover from Kroger. At all times, Kroger exercised that degree of care required by law; therefore, Plaintiff may not recover from Kroger in any sum or manner whatsoever.

### SIXTH DEFENSE

This action is or may be barred by the doctrine of contributory/comparative negligence. The Plaintiff's negligence was greater than or equal to any negligence on the part of the Defendants collectively. In the exercise of ordinary care, the Plaintiff could have avoided the subject incident.

### SEVENTH DEFENSE

The Plaintiff's failure to plead and itemize special damages in this action bars their recovery pursuant to O.C.G.A. § 9-11-9(g).

### EIGHTH DEFENSE

Plaintiffs' claims against Kroger are barred by the applicable statute of limitations.

### NINTH DEFENSE

Kroger demands an apportionment pursuant to O.C.G.A. § 51-12-33 to all parties and third person not party to this litigation. Kroger cannot be subject to judgment for more than its pro rata share of the overall liability. Kroger reserves the right to amend this Affirmative Defense to identify any such non-parties within a reasonable time after discovery of the same.

## TENTH DEFENSE

Plaintiff's claims may be barred in whole or in part based on failure to join one or more indispensable party.

## ELEVENTH DEFENSE

Defendant reserves the right to assert any additional affirmative defenses as may be disclosed during the course of additional investigation and discovery.

## TWELFTH DEFENSE

For a twelfth defense, Defendant The Kroger Co. ("Kroger") responds to the enumerated Paragraphs of Plaintiff's Complaint as follows:

## PARTIES AND JURISDICTION

1.

Kroger is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations set forth in Paragraph 1 of Plaintiff's Complaint, which therefore stand denied.

2.

Kroger admits that it is an Ohio corporation authorized to do business in Georgia and may be served through its registered agent CSC of Cobb County, Inc., at 192 Anderson Street, Suite 125, Marietta, Georgia. Kroger denies all remaining allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Kroger denies the allegations contained in Paragraph 3 of Plaintiff's Complaint.

## BACKGROUND

4.

Kroger denies the allegations contained in Paragraph 4 of Plaintiff's Complaint as written.

Kroger further states that the allegations contained in Paragraph 4 of Plaintiff's Complaint contain legal conclusions to which no answer is required; however, to the extent that an answer is required, Kroger denies such statements as an inaccurate or incomplete representation of the laws.

5.

Kroger is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations set forth in Paragraph 5 of Plaintiff's Complaint, which therefore stand denied.

6.

Kroger denies the allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7.

Kroger denies the allegations contained in Paragraph 7 of the Plaintiff's Complaint as written.

8.

Kroger is without knowledge or information sufficient to form a belief as to the truthfulness of the allegations set forth in Paragraph 8 of Plaintiff's Complaint, which therefore stand denied.

## COUNT I

## PREMISES LIABILITY

9.

Kroger incorporates and restates its responses to Paragraphs 1 through 8 of the Plaintiff's Complaint as if fully set forth herein.

10.

Kroger states that the allegations contained in Paragraph 10 of Plaintiff's Complaint contain legal conclusions to which no answer is required; however, to the extent that an answer is required, Kroger denies such statements as an inaccurate or incomplete representation of the laws.

Kroger denies the remaining allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.

Kroger states that the allegations contained in Paragraph 11 of Plaintiff's Complaint contain legal conclusions to which no answer is required; however, to the extent that an answer is required, Kroger denies such statements as an inaccurate or incomplete representation of the laws. Kroger denies the remaining allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.

Kroger denies the allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.

Kroger denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

## COUNT 2

## NEGLIGENT TRAINING & SUPERVISION

14.

Kroger incorporates and restates its responses to Paragraphs 1 through 13 of the Plaintiff's Complaint as if fully set forth herein.

15.

Kroger denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.

Kroger denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17.

Kroger denies the allegations contained in Paragraph 17 of Plaintiff's Complaint.

In response to Plaintiff's unnumbered WHEREFORE paragraph, Kroger denies the paragraph in its entirety, denies each and every allegation not specifically admitted hereinabove,

denies that Kroger was negligent, and denies that Plaintiff is entitled to recover any amount from Kroger herein. Any averment contained in Plaintiff's Complaint which has not been expressly admitted by Kroger in this, its *Answer and Defenses*, is hereby denied and strict proof thereof is demanded.

WHEREFORE, having fully responded to Plaintiff's Complaint by the filing of the within and foregoing *Answer and Defenses*, Defendant The Kroger Co. prays:

(a)    That judgment is rendered in favor of Kroger and against Plaintiff;

(b)    That it be discharged with all costs cast against Plaintiff;

(c)    That this matter be tried by a jury of twelve persons regarding any issues not subject to summary adjudication; and,

(d)    For such other and further relief as is just and proper.

Respectfully submitted this the 5th day of November, 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.                    */s/ Sean Herald*
Suite 1700 – Salesforce Tower Atlanta             Matthew G. Moffett
Atlanta, Georgia 30326                             Georgia Bar No.  515323
Telephone:    (404) 870-7390                       Sean T. Herald
Facsimile:     (404) 870-1030                      Georgia Bar No.  246729
                                                   *Attorneys for Defendant The Kroger Co.*

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AKIKO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.  21-A-3497 |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing **<u>DEFENDANT THE KROGER CO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT</u>** with the Clerk of Court using the electronic filing system, which will send electronic notification to the following counsel of record and/or via United States Postal Service with adequate postage affixed thereto to the following:

Lee B. Perkins, Esq.
5180 Roswell Road
South Building, Suite 201
Atlanta Georgia 30342

Respectfully submitted this the <u>5th</u> day of <u>November</u>, 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**

| 950 East Paces Ferry Road, N.E. | */s/ Sean Herald*_____ |
|---|---|
| Suite 1700 – Salesforce Tower Atlanta | Matthew G. Moffett |
| Atlanta, Georgia 30326 | Georgia Bar No.  515323 |
| Telephone:     (404) 870-7390 | Sean T. Herald |
| Facsimile:     (404) 870-1030 | Georgia Bar No.  246729 |
| | *Attorneys for Defendant The Kroger Co.* |

EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

21-A-3497

NOV 05, 2021 02:56 PM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| AKIKO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.  21-A-3497 |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### DEFENDANT THE KROGER CO.'S
### DEMAND FOR TWELVE PERSON JURY

COMES NOW Defendant The Kroger Co. (hereinafter referred to as "Kroger"), named in

Plaintiff's Complaint for Damages, by and through undersigned counsel, and pursuant to O.C.G.A.

§ 15-12-122(a)(2), hereby demands that this case be tried by a jury of twelve persons.


Respectfully submitted this the 5th day of November, 2021.


**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**          /s/ Sean Herald
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta          Georgia Bar No.  515323
Atlanta, Georgia 30326          Sean T. Herald
Telephone:     (404) 870-7390          Georgia Bar No.  246729
Facsimile:     (404) 870-1030          *Attorneys for Defendant The Kroger Co.*

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AKIKO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO.  21-A-3497 |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day served a copy of the foregoing **DEFENDANT THE KROGER CO.'S, DEMAND FOR TWELVE PERSON JURY** with the Clerk of Court using the electronic filing system, which will send electronic notification to the following counsel of record and/or via United States Postal Service with adequate postage affixed thereto to the following:

Lee B. Perkins, Esq.
5180 Roswell Road
South Building, Suite 201
Atlanta Georgia 30342

Respectfully submitted this the <u>5th</u> day of <u>November</u>, 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.               */s/ Sean Herald*
Suite 1700 – Salesforce Tower Atlanta         Matthew G. Moffett
Atlanta, Georgia 30326                        Georgia Bar No.  515323
Telephone:     (404) 870-7390                 Sean T. Herald
Facsimile:     (404) 870-1030                 Georgia Bar No.  246729
                                              *Attorneys for Defendant The Kroger Co.*

⚖ **EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

**NOV 11, 2021 04:38 PM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AKIKO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.  21-A-3497 |
| v. | ) | |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT THE KROGER CO.'S RULE 5.2**
**CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL**

THIS CERTIFIES that pursuant to Uniform Rule of State Court 5.2, I have this day served

a copy of the following discovery documents upon opposing counsel in the above-styled action:

**1.** Defendant The Kroger Co's First Requests for Admissions to Plaintiff Akiko Davis;

**2.** Defendant The Kroger Co's First Continuing Interrogatories to Plaintiff Akiko Davis; and

**3.** Defendant The Kroger Co's First Request for Production of Documents and Things to Plaintiff Akiko Davis.

Respectfully submitted this the 11th day of November, 2021.

By: */s/ Sean Herald*
    Matthew G. Moffett
    Georgia Bar No. 515323
    Sean T. Herald
    Georgia Bar No. 246729
    *Attorneys for Defendant The Kroger Co.*

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7390
Facsimile:     (404) 870-1030

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **DEFENDANT THE KROGER CO.'S RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY MATERIALS** with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

Lee B. Perkins, Esq.
5180 Roswell Road
South Building, Suite 201
Atlanta Georgia 30342

Respectfully submitted this 11th day of November , 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7445
Facsimile:      (404) 870-1030

*/s/ Sean T. Herald*
Matthew G. Moffett
Georgia State Bar No.:  515323
Sean T. Herald
Georgia State Bar No.:  246729
*Attorneys for The Kroger Co.*

🏛 EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

**NOV 15, 2021 10:18 AM**

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

TO:         All Judges, Clerks of Court, and Counsel of Record

FROM:    Matthew G. Moffett, Esq.
             GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.

RE:         Notice of Leave of Absence

DATE:     November 15, 2021

---

COMES NOW Matthew G. Moffett and respectfully notifies all Judges before whom he has cases pending, all affected Clerks of Court, and all Opposing Counsel, that he will be on leave pursuant to Georgia Uniform Court Rule 16.  See the attached Exhibit "A" for the list of pending cases.

1.       The period of leave during which time Applicant will be away from the practice of law is:

- January 10-14, 2022: Family trip;
- February 14-18 and February 21, 2022: Business trip;
- March 7-10, 2022: FDCC Winter Meeting 2022;
- April 20-22 and April 25, 2022: ADTA Annual Meeting;
- May 23-27 and May 30, 2022: Family reunion;
- June 9-10 and June 13, 2022: GDLA Annual Meeting;
- July 25-29, 2022: FDCC Annual Meeting 2022;
- August 4-5, August 8-12, August 15-19 and August 22-25, 2022: Family trip; and
- November 9-11, November 14-18 and November 21-22, 2022: GDLA Trial Academy.

2.       All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

Respectfully submitted, this the 15th day of November, 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**                    /s/ Matthew G. Moffett
950 East Paces Ferry Road, N.E.                   Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta             Georgia Bar No. 515323
Atlanta, Georgia 30326
Telephone:      (404) 870-7390
Facsimile:      (404) 870-1030

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this date served a true and correct copy of the foregoing

*Notice of Leave of Absence* with the Clerk of Court, all Judges and counsel of record using the

PeachCourt electronic filing system and/or via the United States Postal Service, with adequate

postage affixed thereto for the case listed on the attached "Exhibit A."

Respectfully submitted, this the <u>15th</u> day of <u>November,</u> 2021.


*/s/ Matthew G. Moffett*
Matthew G. Moffett
Georgia Bar No. 515323

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:    (404) 870-7390
Facsimile:    (404) 870-1030

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| Superior Court of Barrow County | Judge | Opposing Counsel |
|---|---|---|
| Gary Martin v. Ronnie Poole and Greenwich Insurance Company<br><br>21-CV-000366-B<br><br>Our File No.: 4485.0012 | Honorable Joseph H. Booth<br>Judge, Superior Court of Jackson County<br>5000 Jackson Parkway<br>Suite 330<br>Jefferson, GA 30549<br><br>(***Jackson Co. & Barrow Co. both in Piedmont Judicial Circuit***) | Kenneth Kalivoda, Esq.<br>HUDSON, MONTGOMERY, KALIVODA AND CONNELLY<br>P.O. Box 8068<br>Athens, GA 30603<br>Email: kkalivoda@hmklaw.net<br><br>John E. Searcy, Jr. Esq<br>GOWER WOOTEN & DARNEILLE, LLC<br>4200 Northside Parkway, NW<br>Building 12<br>Atlanta, GA 30327<br>Email: jsearcy@gwdlawfirm.com |
| **Superior Court of Bartow County** | **Judge** | **Opposing Counsel** |
| Debbie Rayburn v. Above Par Holdings LLC, Wayne Sixes Winfield, Sixes Tavern and John Doe<br><br>SUCV2021000592<br><br>Our File No.: 3024.0034 | Unassigned | Benjamin O. Bengtson, Esq.<br>THE LAW FIRM OF BENJAMIN O. BENGTSON<br>1100 Circle 75 Pkwy, Suite 460<br>Atlanta, GA 30339<br>Email: ben@boblawfirm.com |
| Philip Bryan Wilson, individually and as administrator of the estate of Billy Evertt Wilson, deceased v. Sam Jones Memorial United Methodist Church, Inc. d/b/a Sam Jones Memorial First United Methodist Church, Terry Howren, and Patty Howren<br><br>SUCV2013000893<br><br>Our File No. 16000.0500 | Honorable Suzanne H. Smith<br>Judge, Superior Court of Bartow County<br>135 W. Cherokee Avenue<br>Suite 322<br>Cartersville, GA 30120 | Russell L. Adkins, Jr., Esq.<br>RUSSELL L. ADKINS, JR., PC<br>57 Primrose Lane<br>Dahlonega, GA 30533<br>Email: ra@adkinsandassociates.net<br><br>Nicole Wolfe Stout<br>STRAWINSKI & STOUT, P.C.<br>3340 Peachtree Rd.<br>Suite 1445<br>Atlanta, GA 30326<br>Email: nws@strawlaw.com |
| **State Court of Bibb County** | **Judge** | **Opposing Counsel** |
| Erin Leeanne Hortman as Successor Executor of The Estate of Edwina O. Hortman, Deceased; Lisa S. Hortman as Temporary Administrator of the Estate of William Edward Hortman, Deceased; and James Mitchell Hortman, Individually v. Coliseum Medical Center, LLC d/b/a Coliseum Medical Center; Roberta Operator, LLC d/b/a Roberta Health and Rehab; Mission Health of Georgia, LLC d/b/a Roberta | Honorable Jeff Hanson<br>Judge, State Court of Bibb County<br>J. Taylor Phillips Courthouse<br>601 Mulberry Street, Room 500<br>Macon, GA 31201 | John Christopher Clark, Esq.<br>Michael M. Smith, Esq.<br>CLARK, SMITH & SIZEMORE, LLC<br>150 College Street<br>Macon, GA 31201<br>Email: chris@clarksmithsizemore.com<br><br>Brian K. Mathis, Esq.<br>Erica Jansen, Esq.<br>HUFF, POWELL & BAILEY, LLC<br>999 Peachtree Street NE |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Health and Rehab; Mission Health Communities LLC d/b/a Roberta Health and Rehab; and John Does 1 through 10<br><br>18-SCCV-088486<br><br>Our File No. 3530.0016 | | Suite 950<br>Atlanta, GA 30309<br>E-mail:<br>bmathis@huffpowellbailey.com<br>E-mail: ejansen@huffpowellbailey.com<br><br>David N. Nelson, Esq.<br>CHAMBLESS, HIGDON,<br>RICHARDSON, KATZ & GRIGGS,<br>LLP<br>Highridge Centre<br>3920 Arkwright Road, Suite 405<br>Macon, GA 31209-8086 |
| Joycelynn Patterson v. Argos USA LLC, Cody Spires, Steve Land, and John Doe<br><br>20-SCCV-091097<br><br>Our File No. 3670.0006 | Honorable Sharell F. Lewis<br>Judge, State Court of Bibb County<br>601 Mulberry Street<br>Macon, GA 31201 | Eric K. Hunt, Esq.<br>HUNT LAW FIRM, LLC<br>130 N. Crest Blvd, Suite A<br>Macon, GA 31210<br>Email: ekhunt@ekhuntlaw.com |
| Road Runner Seafood, Inc v. Southern Trust Insurance Company, Southern Risk Managers of Cairo, LLC and Hansell Bearden<br><br>19-SCCV-090106<br><br>Our File No. 16000.0594 | Honorable Jeffrey Hanson<br>Judge, State Court of Bibb County<br>601 Mulberry Street<br>Macon, GA 31201 | John C. Spurlin, Esq.<br>SPURLIN & SPURLIN, LLC<br>Post Office Box 7599<br>Tifton, GA 31793<br>E-mail: johnspurlin@spurlinlaw.com<br><br>Lee M. Gillis, Jr. Esq.<br>JAMES BATES BRANNAN<br>GROOVER, LLP<br>P.O. Box 4283<br>Macon, GA 31208<br>E-mail: lgillis@jamesbatesllp.com |
| Elena Rueda-Hernandez, individually and as surviving spouse of Ruben Romero Gonzalez and Roger Allen Kirschenbaum as the administrator of the Estate of Ruben Romero Gonzalez, decease v. Freshstart Macon, LLC, a foreign limited liability company, MCG Investments, a domestic corporation, Riverbend Holdings, LLC, a domestic limited liability company, and Michael C. Griffin, individually<br><br>21-SCCV-093070<br><br>Our File No. 4460.0019 | Honorable Jeff B. Hanson<br>Judge, State Court of Bibb County<br>P.O. 5086<br>Macon, GA 31213-7199 | Jeffrey P. Shiver, Esq.<br>SHIVER HAMILTON LLC<br>3490 Piedmont Road, Suite 640<br>Atlanta, GA 30305<br>Email: jeff@shiverhamilton.com<br><br>Ken Smith, Esq.<br>THE LAW OFFICES OF KEN<br>SMITH, LLC<br>544 Mulberry St. Ste. 209<br>Macon, GA 31201<br>Email: ken@kenrsmithlaw.com |
| Lawrence Scott, Individually, And As Administrator Of The Estate Of Clifford Scott, And Dalton Scott v. Greenwich Insurance Company, E.R. Snell Contractor Co., Arthur Waldrip | Honorable Jeff Hanson<br>Judge, State Court of Bibb County<br>J. Taylor Phillips Courthouse<br>601 Mulberry Street, Room 500<br>Macon, GA 31201 | Michael E. Gumprecht, Esq.<br>THE GUMPRECHT LAW FIRM<br>125 Townpark Drive, #300<br>Kennesaw, GA 30144<br>Email: michael@galawfirm.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 20-SCCV-091508<br><br>Our File No. 4485.0001 | | |
| Damario Williams v. Club Xavier LLC, Mike Kendrick, Kasulka Properties, LP, Eberhardt & Barry Property Management, LLC, Eberhardt & Berry, Inc. Kasulka Properties (Third-Party Plaintiff) v. Xzavier Gilmore and Grady Odum (Third-Party Defendants)<br><br>20-SCCV-091599<br><br>Our File No. 16000.0621 | Honorable Sharell F. Lewis<br>Judge, State Court of Bibb County<br>601 Mulberry Street<br>Macon, GA 31201 | Ashley Cameron, Esq.<br>Lindsay Simmons, Esq.<br>David Dozier, Esq.<br>DOZIER LAW FIRM, LLC<br>P.O. Box 13<br>327 Third Street<br>Macon, GA 31202-0013<br>Email: ashley@dozierlaw.com<br>Email: lindsey@dozierlaw.com<br><br>Callie Bryan, Esq.<br>P.O. Box 6437<br>435 Second Street, Suite 500<br>Macon, GA 31208<br>Email: callie.bryan@jonescork.com<br><br>Kevin A. Wangerin, Esq.<br>Kelly Mason, Esq.<br>BULLARD WANGERIN & CORBETT, LLP<br>P.O. Box 18107<br>Macon, GA 31209<br>Email: wangerink@aol.com<br>Email: kmason@bgwlawfirm.com<br><br>R. Lars Anderson, Esq.<br>2476 Vineville Avenue<br>Macon, GA 31204<br>Email: lars@rlarsanderson.com |
| **State Court of Bryan County** | **Judge** | **Opposing Counsel** |
| Tyler Lee Dunn and Carley Dunn, Individually and as Parents, Natural Guardians, and Next Friends of Raelynn Dunn, a Minor v. James Dennis Odom<br><br>21-SV-040<br><br>Our File No. 4485.0014 | Honorable Billy Thompson<br>Judge, State Court of Bryan County<br>151 South College Street<br>P. O. Box 787<br>Pembroke, GA 31321 | John E. Suthers, Esq.<br>D. Adam Harper, Esq.<br>SUTHERS LAW FIRM<br>Post Office Box 8847<br>Savannah, GA 31412<br>Email: jes@sutherslaw.com<br>Email: adam@sutherslaw.com |
| **Superior Court of Carroll County** | **Judge** | **Opposing Counsel** |
| Whitney Agnew v. Harrison Contracting and James W. House<br><br>SUCV2021000048 | Honorable Bill Hamrick<br>Judge, Superior Court of Carroll County<br>P.O. Box 338<br>Carrollton, GA 30112 | J. Ross Massey, Esq.<br>SHUNNARAH INJURY LAWYERS, P.C.<br>1374 S. Milledge Avenue<br>Athens, GA 30605 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 853.0021 | | Email: rmassey@asilpc.com |
| **State Court of Chatham County** | **Judge** | **Opposing Counsel** |
| Sumintra K. Khan v. Target Corporation<br><br>STCV21-01554<br><br>Our File No. 4200.0026 | Honorable Derek White<br>Judge, State Court of Chatham County<br>133 Montgomery Street<br>Suite 430<br>Savannah, GA 31401 | J. Ross Massey, Esq.<br>Saif S. Ahmed, Esq.<br>SHUNNARAH INJURY LAWYERS, P.C.<br>1374 S. Milledge Avenue<br>Athens, GA 30605<br>Email: rmassey@asilpc.com |
| **Superior Court of Chatham County** | **Judge** | **Opposing Counsel** |
| Curtis Feggins v. Dewayne Gilmore and Moran Environment Recovery, LLC<br><br>SPCV18-00484-KA<br><br>Our File No. 4468.0004 | Honorable Benjamin W. Karpf<br>Judge, Superior Court of Chatham County<br>Chatham County Courthouse<br>133 Montgomery Street<br>Suite 304<br>Savannah, GA 31401 | Seth Diamond, Esq.<br>MORGAN & MORGAN<br>25 Bull Street<br>Suite 400<br>Savannah, GA 31401<br>E-mail: sdiamond@forthepeople.com |
| **State Court of Clarke County** | **Judge** | **Opposing Counsel** |
| Jay David Nguyen v. The Kroger Co., Christopher Warren Taylor, Fairway Epps, LLC, John Doe 1-5, Jane Does 1-5, and Unknown Legal Entity 1-5<br><br>ST21CV0584<br><br>Our File No. 3558.0508 | Honorable Charles E. Auslander, III<br>Judge, State Court of Athens-Clarke County<br>325 E Washington St., # 425<br>Athens, GA 30601 | Gus McDonald, Esq.<br>P. Gerald Cody, Jr.<br>MCDONALD & CODY, LLC<br>P.O. Box 555<br>Cornelia, GA 30531<br>Email: gus@mcdonaldcody.com<br>Email: gerald@mcdonaldcody.com.<br><br>William D. Healan, Esq.<br>HEALAN LAW OFFICES, P.C.<br>14 W Candler Street<br>Winder, GA 30680<br>Email: bhealan@earthlink.com<br><br>Greg Willis, Esq.<br>6000 Lake Forrest Drive<br>Suite 375<br>Atlanta, GA 30328<br>Email: gw@willislawga.com |
| **State Court of Clayton County** | **Judge** | **Opposing Counsel** |
| Mary Chappell v. Mission Health of Georgia, LLC and Arrowhead Operator, LLC<br><br>2021CV01695<br><br>Our File No. 3530.0022 | Honorable Tammi Hayward<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 3JC402<br>Jonesboro, GA 30236 | Miranda N. Hanley, Esq.<br>SMITH, WELCH, WEBB & WHITE, LLC<br>280 Country Club Drive<br>Suite 300<br>Stockbridge, GA 30281<br>Email: mhanley@smithwelchlaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Carsell Johnson v. Nehemiah Porter and Creative Multicare, Inc.<br><br>2021CV01387<br><br>Our File No.: 853.0027 | Honorable Tammi Hayward<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>Room 3JC402<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 | J. Harmon Groves, Esq.<br>John G. Winkenwerder, Jr., Esq.<br>H. GROVES LAW, LLC<br>3005 Peachtree Rd., NE<br>Suite 1202<br>Atlanta, GA 30305<br>Email: harmon@hgroveslaw.com<br>Email: john@hgroveslaw.com |
| Andrew Kaiser, ESQ. as the Administrator of the Estate of Leonardo De Jesus Vazquez and Leonardo De Jesus Santiago Individually, and as the Parent of Leonardo De Jesus Vazquez v. Kroger, et al.<br><br>2019CV00978<br><br>Our File No. 3556.0433 | Honorable Michael T. Garrett<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 3JC102<br>Jonesboro, GA 30236 | Darren W. Penn, Esq.<br>PENN LAW GROUP LLC<br>4200 Northside Parkway, NW<br>Building One, Suite 100<br>Atlanta, GA 30327<br>Email: Darren@pennlawgroup.com<br><br>Ms. Alexandra Catherine Cole<br>David N. Dreyer, Esq.<br>PENN LAW LLC<br>Building One Suite 100<br>4200 Northside Parkway NW<br>Atlanta, GA 30327<br>Email: sachi@pennlawgroup.com<br><br>Kendall C. Dunson, Esq.<br>BEASLEY, ALLEN, CROW,<br>METHVIN, PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, AL 36103<br>Email:<br>kendall.dunson@beasleyallen.com<br><br>Matthew Martin, Esq.<br>DENTONS US LLP<br>303 Peachtree Street NE<br>Suite 5300<br>Atlanta, GA 30308<br>Email: matt.martin@dentons.com<br><br>Uchenna Ekuma-Nkama, Esq.<br>DENTONS US LLP<br>303 Peachtree Street, NE<br>Suite 5300<br>Atlanta, GA 30308<br><br>Gerardo (Jerry) Alcazar, Esq.<br>BLACKWELL BURKE PA<br>421 South Seventh St. Ste. 2500<br>Minneapolis, MN 55414<br><br>Ryan B. Wilhelm, Esq.<br>CARLOCK, COPELAND & STAIR,<br>LLP<br>191 Peachtree Tower,<br>Suite 3600 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Atlanta, GA 30303 |
| | | K. Chris Collins, Esq. HUSCH BLACKWELL LLP 736 Georgia Ave, Ste 300 Chattanooga, TN 37402-2059 Email: chris.collins@huschblackwell.com |
| | | Mr. James William Hardee, Esq. FAIN MAJOR & BRENNAN P.C. 100 Glenridge Point Parkway, Suite 500 Atlanta, GA 30342-1440 |
| | | James Felton Taylor III, Esq. FAIN MAJOR & BRENNAN P.C. 100 Glenridge Point Pkwy, Suite 500 Atlanta, GA 30342-1440 Email: jtaylor@fainmajor.com |
| | | Mr. Thomas Ryan Mock Jr., Esq. HAWKINS PARNELL THACKSTON & YOUNG LLP 303 Peachtree Street, N.E. Suite 4000 Atlanta, GA 30308-3243 |
| | | Scott D. Huray, Esq. LEWIS BRISBOIS 1180 Peachtree Street, NE Suite 2900 Atlanta, GA 30309 Email: scott.huray@lewisbrisbois.com |
| | | Mr. Matthew George McLaughlin MCLAUGHLIN LAW FIRM 11575 Great Oaks Way, Suite 100 Alpharetta, GA 30022 |
| Debbie London v. W Hotel Management, Inc.; John Doe Management Companies 1 And 2; GV Midtown Owner, LLC D/B/A W Hotel Midtown; Noble –AEW Colony Square, LLC d/b/a W Hotel Midtown; John Doe Owners 1 And 2; USA Parking System, Inc. (TN) a/k/a Wheels Valet Parking; James Green; Denyse Brabham; Emmanuel Puplampu; John Doe Security Providers 1 and 2<br><br>2021CV00393<br><br>Our File No.: 3221.0031 | Honorable Margaret Spencer Judge, State Court of Clayton County Harold R. Banke Justice Center Courtroom 3JC301 9151 Tara Boulevard Jonesboro, GA 30236 | S.K. Rod Dixon, Esq. THE DIXON FIRM, P.C. 1349 West Peachtree Street, Suite 1995 Atlanta, GA 30309 Email: rod@dixonfirm.com<br><br>Ronan P. Doherty, Esq. Michael R. Baumrind, Esq. BONDURANT, MIXSON & ELMORE, LLP 3900 One Atlantic Center 1201 West Peachtree Street, N.W. Atlanta, GA 30326 Email: doherty@bmelaw.com Email: baumrind@bmelaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Lashonda Council Rogers, Esq.<br>COUNCIL & ASSOCIATES, LLC<br>50 Hurt Plaza, Suite 1102<br>Atlanta, GA 30303<br>Email: lrogers@thecouncilfirm.com<br><br>Matthew G. McLaughlin, Esq.<br>MCLAUGHLIN LAW FIRM<br>11575 Great Oaks Way, Suite 100<br>Alpharetta, GA 30022<br>Email: mamclaughlin@mgmesq.com |
| Ralph Brandon Shepard III v. Stonecrest Heights Community Association, Inc., Community Management Associates, Inc., Annmarie Dallen, Gary Boykins, Sr., and John Doe Security Company<br><br>2021CV01295<br><br>Our File No.: 3011.0012 | Honorable Tammi Hayward<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 | Shean D. Williams, Esq.<br>Samuel L. Starks, Esq.<br>THE COCHRAN FIRM ATLANTA<br>100 Peachtree Street, NW<br>Suite 2600<br>Atlanta, GA 30303<br>Email: swilliams@cochranfirmatl.com<br>Email: sstarks@cochranfirmatl.com<br><br>Paige Laine, Esq.<br>LAW OFFICES OF J. ANDREWS WILLIAMS<br>2970 Clairmont Road, NE<br>Suite 600<br>Brookhaven, GA 30329<br>Email: lainep1@nationwide.com<br><br>William T. Mitchell, Esq.<br>Matthew I. Dowling, Esq.<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP<br>275 Scientific Dr., NW<br>Suite 2000<br>Peachtree Corners, GA 30092<br>Email: bmitchell@cmlawfirm.com<br>Email: mdowling@cmlawfirm.com |
| Nadra Williams, Individually and as Administrator of The Estate of Curtis Monroe Williams, Deceased, and as Natural Born Child and Surviving Next of Kin of Curtis Monroe Williams, Deceased, and Yolanda Georges, Markia Williams, and Curtis Williams, Jr., Individually and as Natural Born Children and Surviving Next of Kin of Curtis Monroe Williams, Deceased v. A1 Contracting, LLC, Luna General Construction, Inc., City of Union City<br><br>2020CV00374 | Honorable Linda S. Cowen<br>Judge, State Court of Clayton County<br>Harold R. Banke Justice Center<br>9151 Tara Boulevard<br>Room 3JC101<br>Jonesboro, GA 30236 | Marla Eastwood, Esq.<br>Daniel Beer, Esq.<br>SHIVER HAMILTON<br>3490 Piedmont Rd. NE, Suite 640<br>Atlanta, GA 30305<br>Email: marla@shiverhamilton.com<br>Email: daniel@shiverhamilton.com<br><br>Taylor Hanks, Esq.<br>Andrew D. Horowitz, Esq.<br>DREW, ECKL & FARNHAM<br>303 Peachtree Street, NE, Suite 3500<br>Atlanta, GA 30308<br>Email: hankst@deflaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 3230.0001 | | Daniel J. Kingsley, Esq.<br>SWIFT, CURRIE, MCGHEE &<br>HIERS, LLP<br>1355 Peachtree Street, NE<br>Suite 300<br>Atlanta, GA 30309<br>Email: Dan.Kingsley@swiftcurrie.com<br><br>Theodore P. Meeker III, Esq.<br>SUMNER MEEKER LLC<br>14 East Broad Street<br>Newnan, GA 30263<br>Email: tmeeker@numail.org |
| Vivian D. Williams v. Atonies London<br>and Jamco Properties, Inc., and Woods<br>at Southlake, LLC and John Does 1 – 3<br><br>2017CV02072<br><br>Our File No. 3556.0414 | Honorable Michael Garrett<br>Judge, State Court of Clayton County<br>9151 Tara Boulevard<br>Jonesboro, GA 30236 | Paul B. Mazur, Esq.<br>PAUL B. MAZUR, P.C.<br>44 Broad Street, N.W.<br>Suite 600<br>Atlanta, GA 30303<br>Email: paul@pbmjustice.com<br><br>John D. Hadden, Esq.<br>TURKHEIMER & HADDEM, L.L.C.<br>44 Broad Street, N.W.<br>Suite 600<br>Atlanta, GA 30303<br>Email: jhadden@haddenfirm.com<br><br>Jed D. Manton, Esq.<br>Madeline E. McNeeley, Esq.<br>HARRIS LOWRY MANTON, LLP<br>400 Colony Square<br>1201 Peachtree Street, NE<br>Suite 900<br>Atlanta, GA 30361<br>Email: jed@hlmlawfirm.com<br>Email: molly@hlmlawfirm.com |
| **State Court of Cobb County** | **Judge** | **Opposing Counsel** |
| Gary Abbott v. The Kroger Company,<br>Ronak Shaw, XYZ Corporation No. 1,<br>XYZ Corporation No. 2, John Doe No.<br>1, and John Doe No. 2,<br><br>21-A-1277<br><br>Our File No. 3558.0455 | Honorable Maria B. Golick<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Courtroom 4C<br>Marietta, GA 30090 | Christopher M. Farmer, Esq.<br>DAVIS, ZIPPERMAN,<br>KIRSCHENBAUM & LOTITO, LLP<br>918 Ponce de Leon Avenue NE<br>Atlanta, GA 30306<br>Email: cfarmer@dzkl.com |
| Janet Allen v. The Kroger Co. and Keith<br>Greaves<br><br>20-A-41 | Honorable Allison B. Salter<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Marietta, GA 30090 | Brooks P. Neely, Esq.<br>THE ZAGORIA LAW FIRM, LLC<br>2801 Buford Highway, NE<br>Suite T25<br>Atlanta, GA 30329 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 3558.0451 | | Email: brooks@lawzagoria.com |
| Timothy Bell v. Jose Trejo-Rueda<br><br>21-A-2559<br><br>Our File No. 4485.0016 | Honorable Allison B. Salter<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Courtroom 3A<br>Marietta, GA 30090 | Donald R. Roch, II<br>THE ROCH LAW FIRM, PC<br>291 Jarvis Street<br>Canton, GA 30114<br>Email: don@therochlawfirm.com<br><br>Michael Anthony Edmunds, Esq.<br>68 South Avenue, SE<br>Marietta, GA 30060<br>Email: mike.edmunds@yahoo.com<br><br>Nikolai Makarenko, Jr.<br>Roberta Ann Henderson<br>GROTH, MAKARENKO, KAISER, &<br>EIDEX, LLC<br>335 Peachtree Industrial Boulevard,<br>Suite 2206<br>Suwannee, GA 30024<br>Email: nm@gmke.law<br>Email: bah@gmke.law |
| Ivan de la Cruz and Mariela Arevalo v.<br>Republic-Franklin Insurance Company,<br>Refrigerated Warehousing, Inc., Neal<br>Stacey Morris, Doe 1, Doe 2, Doe 3,<br>Doe 4 and Doe 5<br><br>20-A-4654<br><br>Our File No. 16000.0629 | Honorable Eric A. Brewton<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Marietta, GA 30090 | Edward Piasta, Esq.<br>Andrew Hagenbush, Esq.<br>PIASTA NEWBERN WALKER, LLC<br>3301 Windy Ridge Parkway<br>Suite 110<br>Atlanta, GA 30339<br>Email: edward@pnwlaw.com<br>Email: andrew@pnwlaw.com |
| Akiko Davis v. The Kroger Co.<br><br>21-A-3497<br><br>Our File No. 3558.0515 | Honorable Eric A. Brewton<br>Judge, State Court of Cobb County<br>12 E Park Square<br>Marietta, GA 30090 | Lee B. Perkins, Esq.<br>5180 Roswell Road<br>South Building, Suite 201<br>Atlanta Georgia 30342<br>Email: law@leeperkins.com |
| Ovidio Gonzalez v. The Kroger Co.<br><br>17-A-772<br><br>Our File No. 3558.0293 | Honorable Allison B. Salter<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Courtroom 3C<br>Marietta, GA 30090 | Kenneth W. Brosnahan, Esq.<br>Linda G. Carpenter, Esq.<br>Sharon L. Neal, Esq.<br>THE BROSNAHAN LAW FIRM<br>31 Lenox Pointe, N.E.<br>Atlanta, GA 30324<br>Email: kwb@brosnahan-law.com<br>Email: lgc@brosnahan-law.com<br>Email: sharon@brosnahan-law.com |
| Tammy Hogan and Ralph Hogan v. The<br>Kroger Co., et al.<br><br>19-A-2204<br><br>Our File No. 3558.0428 | Honorable Jane P. Manning<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Marietta, GA 30090 | Kamau K. Mason, Esq.<br>THE LAW OFFICES OF KAMAU K.<br>MASON & ASSOCIATES<br>3036 Woodrow Drive<br>Lithonia, GA 30038<br>Email: kkmason@yahoo.com |
| Monet Johnson v. James Campbell<br>Company, LLC, Leapley Construction | Honorable Maria B. Golick<br>Judge, State Court of Cobb County | Renee Morgan, Esq.<br>Bryce V. Durham, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Group of Atlanta, LLC, ABC Corporation and XYZ Corporation<br><br>20-A-1733<br><br>Our File No. 4485.0004 | Cobb County Courthouse<br>12 East Park Square<br>Courtroom 4B<br>Marietta, GA 30090 | THE DURHAM LAW GROUP, P.C.<br>191 Peachtree Street NE, Suite 805<br>Atlanta, GA 30303<br>Email:<br>rmorgan@durhamlawgrouppc.com<br>Email:<br>bdurham@durhamlawgrouppc.com<br><br>James R. Doyle, Esq.<br>Norbert D. Hummel, Esq.<br>Allison J. Gowens, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>600 Peachtree Street NE, Suite 4700<br>Atlanta, GA 30308<br>Email: james.doyle@lewisbrisbois.com<br>Email:<br>bert.hummel@lewisbrisbois.com<br>Email:<br>allison.gowens@lewisbrisbois.com<br><br>Andrew M. Capobianco, Esq.<br>MOZLEY, FINLAYSON & LOGGINS LLP<br>1050 Crown Pointe Parkway<br>Suite 1500<br>Atlanta, GA 30338<br>Email: acapobianco@mfllaw.com<br><br>Jason D. Darneille, Esq.<br>GOWER WOOTEN & DARNEILLE, LLC<br>4200 Northside Parkway, NW<br>Building 12<br>Atlanta, GA 30327<br>Email: jdarneille@gwdlawfirm.com |
| Diandra Jones v. The Kroger Company, a Kroger Company employee identified herein as "Cali Doe" and FICTITIOUS PARTIES 1-5<br><br>20-A-3439<br><br>Our File No. 3558.0478 | Honorable Allison B. Salter<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Marietta, GA 30090 | Quinton S. Seay, Esq.<br>SEAY/FELTON, LLC<br>260 Peachtree Street, NW<br>Suite 1001<br>Atlanta, GA 30303<br>Email: qseay@sftriallawyers.com |
| Rick Lee Kent, as Administrator of the Estate of David Matthew Kent, and as Conservator of Isaiah Matthew-David Kent, A Minor and Sole Surviving Heir of David Matthew Kent v.<br>Michael K. Ostergard<br><br>16-A-1926-5<br><br>Our File No. 3556.0407 | Honorable Eric A. Brewton<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Marietta, GA 30090 | Edward J. Dovin, Esq.<br>Allison S. H. Ficken, Esq.<br>DOVIN FICKEN LLC<br>3414 Peachtree Road, N.E.<br>Suite 625, Monarch Plaza<br>Atlanta, GA 30326<br>Email: ejdovin@dovinficken.com<br>Email: ahficken@dmflawfirm.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Kompany Kids, Inc. I v. Utica National Insurance Group & Suburban General Agencies, Inc.<br><br>20-A-749<br><br>Our File No. 16000.0607 | Honorable Carl W. Bowers<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Courtroom 3D<br>Marietta, GA 30090 | Michael B. Weinstein<br>WEINSTEIN & BLACK, LLC<br>3050 Amwiler Road<br>Suite 200-C<br>Atlanta, GA 30360<br>Email: mike@wblegal.net<br><br>Charles J. Cole<br>MCRAE, BERTSCHI & COLE, LLC<br>1872 Independence Square, Suite D<br>Dunwoody, GA 30338<br>Email: cjc@mcroebertschi.com |
| Veronica Luster, individually and as surviving parent of Christoffer X. Wilson, and Veronica Luster as administrator of the Estate of Christoffer X. Wilson v. 58 Notting Hills, LLC d/b/a Dwell @ 750 and 58 Place, LLC<br><br>18-A-1112<br><br>Our File No. 4460.0012 | Honorable Toby Prodgers<br>Judge, State Court of Cobb County<br>12 East Park Square, Suite 4C<br>Marietta, GA 30090 | James A. Rice, Jr. Esq.<br>JAMES A. RICE, JR. PC<br>563 Spring Street, NW<br>Atlanta, GA 30308<br>Email: jim@ricefirm.com |
| Rita Mitchell v. The Kroger Co.<br><br>17-A-2884<br><br>Our File No. 3558.0332 | Honorable Maria B. Golick<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Courtroom 4C<br>Marietta, GA 30090 | Kimberly Mitchell<br>1155 Lavista Road, #1202<br>Atlanta, GA 30324 |
| Shameka Parker,<br>Individually and As Surviving Spouse And Next of Kin of AVIS LAMAR MCKEEVER, Deceased v. Brockett Place Condominiums Association, Inc., Team Management, LLC D/B/A Brockett Place Condominium John Does 1 & 2 And XYZ Corporations 1 & 2<br><br>20-A-49<br><br>Our File No. 3556.0440 | Honorable Carl W. Bowers<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Marietta, GA 30090 | Michael A. Mills, Esq.<br>MICHAEL A. MILLS, P.C.<br>1349 West Peachtree Street Two Midtown Plaza, Suite 1995<br>Atlanta, GA 30309<br>Email: mike@millslegal.net<br><br>M. Paul Skrabanek, Esq.<br>PIERCE SKRABANEK, PLLC<br>3701 Kirby Drive<br>Suite 760<br>Houston, TX 77098<br>Email: paul@pstriallaw.com |
| Nicole Roark v. The Kroger Co.<br><br>21-A-2160<br><br>Our File No. 3558.0492 | Honorable Diana Simmons<br>Judge State Court of Cobb County<br>12 East Park Square<br>Marietta, GA 30090 | Jon Brockman, Esq.<br>JONATHAN R. BROCKMAN, P.C.<br>320 Dahlonega Street<br>Cumming, GA 30040<br>Email: jbrockman@brockmaninjurylawyer.com<br><br>Cynthia Matthews Daily, Esq.<br>128 Newnan Street |

| | | |
|---|---|---|
| | | Carrollton, GA 30117<br>Email:<br>cdaley@brockmaninjurylawyer.com |
| Darlene Screen v. The Kroger Co. and Gregory Chastain<br><br>19-A-2614<br><br>Our File No. 3558.0434 | Honorable John S. Morgan<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Courtroom 3C<br>Marietta, GA 30090 | Renee A. Morgan, Esq.<br>Bryce v. Durham, Esq.<br>DURHAM LAW GROUP, PC<br>191 Peachtree Street, NE, Suite 805<br>Atlanta, GA 30303<br>Email:<br>rmorgan@durhamlawgrouppc.com<br>Email:<br>bdurham@durhamlawgrouppc.com |
| Gabriella Sims as Personal Representative of the Estate of Savannah Sims, Deceased, on Behalf of Herself and all Potential Beneficiaries and Heirs v. Estate of Ray Sluk; Robert Rupenthal, as the Administrator of the Estate of Roy Smith; Falcon Aviation Academy, LLC, a Domestic Limited Liability Company; Falcon Aviation Services, Inc, a Domestic Profit Corporation; Falcon Aviation Maintenance, LLC, a Domestic Limited Liability Company; Renovus Capital Partners, a foreign Limited Partnership; USAEROTECH - Falcon Aviation Maintenance LLC, a Foreign Limited Liability Company; Lowe Aviation Services, LLC, a Domestic Limited Liability Company; Lowe Aviation Company, a Domestic Profit Corporation; Remonia Air, LLC, a Domestic Limited Liability Company; Remonia Capital, LLC, a Domestic Limited Liability Company; Remonia Invest, LLC, a Domestic Limited Liability Company; Remonia, LLC, a Domestic Limited Liability Company; Bill Borchert, an individual; Michael Weber, an individual; AVS Aviation, LLC, a Domestic Limited Liability Company; AVS Underwriting, LLC, a Domestic Limited Liability Company; The AVS Group Holding, LLC a Domestic Limited Liability Company; AVS Aviation Service Corporation a Domestic Profit Corporation; AVS Servicing, LLC, White Water Trust, a foreign entity; Fiona Baynham Smith and, "John Doe" Corporation, an unidentified corporation<br><br>21-A-1676 | Honorable Eric A. Brewton<br>Judge, State Court of Cobb County<br>12 East Park Square<br>Courtroom 3C<br>Marietta, GA 30090 | Daniel Werner, Esq.<br>RADFORD & KEEBAUGH, LLC<br>315 W. Ponce de Leon Ave<br>Ste. 1080<br>Decatur, GA 30030<br>Email: dan@decaturlegal.com<br><br>Jasmine Rand, Esq.<br>RAND LAW, LLC<br>2525 Ponce de Leon Blvd. Ste. 300<br>Miami, FL 33134<br>Email: jasminerand@gmail.com<br><br>Crystal Lloyd, Esq.<br>Anthony Marsh, Esq.<br>Charles Herrmann, Esq.<br>HERRMANN LAW GROUP<br>1535 Tacoma Ave. S.<br>Tacoma, WA 98402<br>Email: crystal@hlg.lawyer<br>Email: anthony@hlg.lawyer<br>Email: charles@hlg.lawyer<br><br>John M. Sheftall, Esq.<br>J. Drew Brooks, Esq.<br>HALL BOOTH SMITH, P.C.<br>1301 1st Avenue, Suite 100<br>Columbus, GA 31901<br>Email: JSheftall@hallboothsmith.com<br>Email: DBrooks@hallboothsmith.com<br><br>Carrie L. Christie, Esq.<br>Quinton R. Beasley, Esq.<br>RUTHERFORD & CHRISTIE LLP<br>285 Peachtree Center Ave. NE<br>Suite 1650<br>Atlanta, GA 30303<br>Email: info@rclawllp.com<br><br>Arthur Mozley, Esq.<br>Arthur Parks, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 4150.0003 | | MOZLEY, FINLAYSON, LOGGINS, LLP<br>1050 Crown Pointe Pkwy<br>Suite1500<br>Atlanta, GA 30338<br>Email: amozley@mfllaw.com<br>Email: apark@mfllaw.com |
| **Superior Court of Cobb County** | **Judge** | **Opposing Counsel** |
| Mary Middleton v. The Kroger Company Inc., d/b/a Kroger East<br><br>14102043<br><br>Our File No. 3558.0101 | Honorable Robert E. Flournoy, III<br>Judge, Superior Court of Cobb County<br>70 Haynes Street<br>Marietta, GA 30090 | Thomas G. Tidwell, Esq.<br>THE TIDWELL LAW FIRM, LLC<br>400 Galleria Parkway<br>Suite 1500<br>Atlanta, GA 30339<br>Email: tom@tidwell-law.com |
| John Roth Yates and Dianne Yates v. Albert Maitland Yates, III<br><br>18108115<br><br>Our File No. 504.1112 | Honorable C. LaTain "Tain" Kell<br>Judge, Superior Court of Cobb County<br>70 Haynes Street<br>Marietta, GA 30090 | Matthew E. Cook, Esq.<br>Kate S. Cook, Esq.<br>Robert H. Childres III, Esq.<br>COOK LAW GROUP<br>P.O. Box 2415<br>Gainesville, GA 30503<br>Email: matt@cook-lawgroup.com<br>Email: kate@cook-lawgroup.com<br>Email: robert@cook-lawgroup.com |
| **State Court of Coweta County** | **Judge** | **Opposing Counsel** |
| Deretha Ragland v. The Kroger Co., XYZ Corporation, & John Doe as Manager<br><br>20SV0284E<br><br>Our File No. 3558.0441 | Honorable John Herbert Cranford<br>Judge, State Court of Coweta County<br>Coweta County Justice Center<br>72 Greenville Street<br>P.O. Box 1925<br>Newnan, GA 30264 | Graylin C. Ward, Esq.<br>P.O. Box 1335<br>Newnan, GA 30264<br>Email: gward@numail.org |
| **Superior Court of Crawford County** | **Judge** | **Opposing Counsel** |
| Sylvia Dianne Marcatos, as Administrator of the Estate of Loretta Swann, deceased, and Sylvia Dianne Marcatos and Herbert Swann as the surviving children of Loretta Swann v. Roberta Operator, LLC, d/b/a Roberta Health and Rehab, and Mission Health of Georgia, LLC, d/b/a Roberta Health and Rehab<br><br>20-CV-010<br><br>Our Case No. 4250.0003 | Honorable Jeffery O. Monroe<br>Judge, Superior Court of Crawford County<br>100 GA Hwy 42 South<br>Knoxville, GA 30150 | Jeff Helms, Esq.<br>Casey L. Gray, Esq.<br>THE HELMS LAW FIRM<br>P.O. Box 537<br>10 N. College Street<br>Homerville, GA 31634<br>E-mail: jeffhelms@helmslaw.com<br>Email: caseygray@helmslaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| State Court of DeKalb County | Judge | Opposing Counsel |
|---|---|---|
| Brandon Archer v. R. Mayer of Atlanta, Inc.<br><br>16A58636-3<br><br>Our File No. 3525.0001 | Honorable Wayne M. Purdom<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough Street<br>Decatur, GA  30030 | Alan J. Hamilton, Esq.<br>R. Scott Campbell, Esq.<br>SHIVER HAMILTON, LLC<br>3490 Piedmont Road<br>Suite 640<br>Atlanta, GA 30305<br>Email: alan@shiverhamilton.com<br>Email: scott@shiverhamilton.com<br><br>Michael E. Gumprecht, Esq.<br>THE GUMPRECHT LAW FIRM<br>125 Townpark Drive, #300<br>Kennesaw, GA 30144<br>Email:<br>michael@galawfirm.com |
| Isjonle Shuntay Aught, Individually, and as Anticipated Administrator of the Estate of Devora Aught v. Meadowbrook Operator, LLC d/b/a Meadowbrook Health and Rehab; Mission Health of Georgia, LLC; John/Jane Does I and II; and ABC Corporation<br><br>20A81596<br><br>Our Case No. 3530.0020 | Honorable Kimberly A. Alexander<br>Judge, State Court of DeKalb County<br>556 N. McDonough Street<br>Suite 300<br>Decatur, GA 30030 | Michael A. Prieto, Esq.<br>Jonathan Marigliano, Esq.<br>Carly D. Morrison, Esq.<br>PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC<br>1555 Mount Vernon Road<br>Atlanta, GA 30338<br>Email: mprieto@pmhplaw.com<br>Email: jmarigliano@pmhplaw.com<br>Email: cmorrison@pmhplaw.com |
| Daphne Bell v. The Kroger Co. and Tim Brown<br><br>21A03699<br><br>Our File No. 3558.0506 | Honorable Johnny Panos<br>Judge, State Court of DeKalb County<br>Dekalb County Courthouse<br>Courtroom A, 2nd Floor<br>556 N. McDonough Street<br>Suite 2230<br>Decatur, GA 30030 | Ramin Kermani-Nejad, Esq.<br>KERMANI FIRM<br>1718 Peachtree St. NW, Ste 489<br>Atlanta, GA 30309<br>Email: rk@kermanillp.com |
| Kelly Blake and William Blake as parent and natural guardians of William Blake, Jr a minor v. Dynamo Pool Management, Inc.<br><br>21A03053<br><br>Our File No.: 3024.0035 | Honorable Kimberly K. Anderson<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough St<br>Suite 2210<br>Decatur, GA 30030 | R. Randy Edwards, Esq.<br>COCHRAN & EDWARDS, LLC<br>2950 Atlanta Road SE<br>Smyrna, GA 30080<br>Email:<br>randy@cochranedwardslaw.com<br>Email: eric@cochranedwardslaw.com |
| Jerome Boyd v. The Kroger Company<br><br>18A70012<br><br>Our File No. 3558.0376 | Honorable Janis C. Gordon<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough St.<br>Suite 2220<br>Decatur, GA 30030 | Noah Moore, Esq.<br>CAMBRE AND ASSOCIATES, LLC<br>2310 Parklake Drive<br>Suite 300<br>Atlanta, GA 30345<br>Email: noah@injuryfirmatl.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Andrea Coffin v. Douglas Huguely, Transwestern Commercial Services Georgia, LLC, Jeff Lnu, Century Fire Protection, LLC, 3630 Master Condominium Association, Inc., 3630 Peachtree Residential Condominium Association, Inc., Otis Elevator Company, John Doe Company and John Doe Individual<br><br>18A69781<br><br>Our File No. 4400.0067 | Honorable Kimberly Anderson<br>Judge, State Court of DeKalb County<br>556 N. McDonough Street<br>Suite 2210 – Courtroom A<br>Decatur, GA 30030 | Michael C. Ford, Esq.<br>FORD & JOSEY, PC<br>5991 Scenic Road<br>Gainesville, GA 30506<br>Email: mcford@mindspring.com<br><br>Stephen M. Ozcomert, Esq.<br>STEPHEN M. OZCOMERT, PC<br>215 N McDonough Street<br>Decatur, GA 30030<br>Email: ozcomert@bellsouth.net<br><br>James F. Taylor, III<br>FAIN, MAJOR, & BRENNAN, PC<br>4500 Hugh Howell Road, Suite 640<br>Tucker, GA 30084<br>Email: jtaylor@fainmajor.com<br><br>C. Brent Wardrop, Esq.<br>Geoffrey F. Calderaro, Esq.<br>QUINTAIROS, PRIETO, WOOD, & BOYER<br>365 Northridge Road, Suite 230<br>Atlanta, GA 30350<br>Email: Brent.wardrop@qpwblaw.com<br>Email: Geoffrey.calderaro@qpwblaw.com<br><br>Darren Summerville, Esq.<br>SUMMERVILLE FIRM, LLC<br>400 Colony Square, Ste. 2000<br>1201 Peachtree St. NE<br>Atlanta, GA 30361<br>Email: darren@summervillefirm.com<br><br>Zanita King-Hughes, Esq.<br>LAW OFFICES OF T. TAMARA GAULDIN<br>1050 Crown Pointe Pkwy<br>Suite 550A<br>Atlanta, GA 30338<br>Email: Zanita.king-hughes@thehartford.com |
| Jennifer Giles, Individually, and as Administrator of the Estate of Barbara Giles, Deceased, v. Meadowbrook Operator, LLC d/b/a Meadowbrook Health and Rehab; Mission Health of Georgia, LLC; Georgia Long Term Care and Consulting, P.C.; Terence Andrew Frinks, MD; Chae Lee, NP; John/Jane Does I and II; and ABC Corporation | Honorable Dax E. Lopez<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough Street<br>Suite 3240<br>Decatur, GA 30030 | Michael A. Prieto, Esq.<br>William F. Holbert, Esq.<br>Elizabeth Evinger, Esq.<br>PRIETO, MARIGLIANO, HOLBERT & PRIETO, LLC<br>1555 Mount Vernon Road<br>Atlanta, GA 30338<br>Email: mprieto@prnhplaw.com<br>Email: bholbert@prnhplaw.com<br>Email: eevinger@pmhplaw.com |

Matthew G. Moffett, Esq.
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 21A01880<br><br>Our File No: 3530.0021 | | Heather H. Miller, Esq.<br>Samuel E. Britt, Esq.<br>MCGREW MILLER BOMAR &<br>BAGLEY, LLC<br>50 Hurt Plaza, SE<br>Suite 1200<br>Atlanta, GA 30303<br>Email: hmiller@mmbblaw.com<br>Email: sbritt@mmbblaw.com |
| Gabriel Green v. Confidential Security Agency Inc., Department of Health and Human Services, CGL Facility Management, LLC, D & B Janitorial Service, Inc., and John Does 1-3<br><br>21A-00427<br><br>Our File No. 3556.0451 | Honorable Mike Jacobs<br>Judge, State Court of DeKalb County<br>556 N McDonough Street<br>Suite 3230<br>Decatur, GA 30030 | Matthew T. Wilson, Esq.<br>Adam P. Princenthal, Esq.<br>PRINCENTHAL, MAY & WILSON, LLC<br>750 Hammond Drive<br>Building 12, Suite 200<br>Sandy Springs, GA 30328<br>Email: matthew@princemay.com<br>Email: adam@princemay.com<br><br>William T. Mitchell, Esq.<br>John D. Rogers, Jr., Esq.<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP<br>275 Scientific Drive NW<br>Meridian II, Suite 2000<br>Peachtree Corners, GA 30092<br>Email: bmitchell@cmlawfirm.com<br>Email: jrogers@cmlawfirm.com<br><br>Loretta Pinkston-Pope, Esq.<br>Kimberly L. Schwartz, Esq.<br>OFFICE OF THE ATTORNEY GENERAL<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>Email: kschwartz@law.ga.gov<br><br>Thomas O. Sippel, Esq.<br>Jennifer L. Foster, Esq.<br>MCANGUS GOUDELOCK & COURIE, LLC<br>Post Office Box 57365<br>270 Peachtree Street, NW<br>Suite 1800<br>Atlanta, GA 30343<br>Email: tom.sippel@mgclaw.com<br>Email: Jennifer.foster@mgclaw.com |
| Fabiola Cruz Guerrero, Gricelda Cruz Guerrero, Esthela Cruz Guerrero, Armanda Cruz Guerrero, Alejandra Cruz Guerrero, And Teodora Guerrero, As The Surviving Parent Of Isidro Cruz Guerrero, Deceased v. BH Chamblee, | Honorable Alvin T. Wong<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough Street<br>Suite 2240<br>Decatur, GA 30030 | Daniel Reynolds Dalton, Esq.<br>Brian C. Mickelsen, Esq.<br>MICKELSEN DALTON LLC<br>15 Prioleau Street<br>Charleston, SC 29401<br>Email: danny@mickelsendalton.com<br>Email: brian@mickelsendalton.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| LLC and Alexander Properties Group, Inc.<br><br>19A75403<br><br>Our File No. 4460.0007 | | |
| Laron Harper v. The Kroger Co., Michael Copeland, ABC Corporation, and John Does 1-3<br><br>20A83911<br><br>Our File No. 3558.0485 | Honorable Janis C. Gordon<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough Street<br>Suite 2220<br>Decatur, GA 30030 | Charles Rauton, Esq.<br>MONGE & ASSOCIATES<br>8205 Dunwoody Place<br>Building 19<br>Atlanta, GA 30350<br>Email: crauton@mongeassociates.com |
| SURATUN HASSAN, as surviving spouse of MALIK ABDUL-HASSAN, DECEASED, and as Personal Representative/Administrator of the Estate of MALIK ABDUL-HASSAN, v. THE KROGER CO.<br><br>18A68687<br><br>Our File No. 3558.0354 | Honorable Stacey K. Hydrick<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>Courtroom A, 2nd Floor<br>556 N. McDonough Street<br>Suite 2210<br>Decatur, GA 30030 | Michael T. Rafi, Esq.<br>Christopher D. Stokes, Esq.<br>RAFI LAW FIRM LLC<br>1201 West Peachtree Street NW<br>Suite 2319<br>Atlanta, GA 30309<br>Email: chris@rafilawfirm.com<br>Email: mike@rafilawfirm.com |
| Shakera Reese, as mother and natural parent of Samiya Reese, a minor, and Sariyah Reese, a minor v. CC Clarkston, LLC, Alexander Properties Group, Inc., et al.<br><br>21A03064<br><br>Our File No. 4460.0026 | Honorable Alvin T. Wong<br>Judge, State Court of DeKalb County<br>Dekalb County Courthouse<br>556 N McDonough Street<br>Suite 2240<br>Decatur, GA 30030 | Shean D. Williams, Esq.<br>Gary B. Andrews, Esq.<br>Sydni S. Marshall, Esq.<br>THE COCHRAN FIRM – ATLANTA<br>100 Peachtree Street NW<br>Suite 2600<br>Atlanta, GA 30303<br>Email: swilliams@cochranfirmatl.com<br>Email: gandrews@cochranfirmatl.com<br>Email: smarshall@cochranfirmatl.com |
| Wanda Simon v. The Kroger Company and Michael Murphy<br><br>17A63761<br><br>Our File No. 3558.0292 | Honorable Johnny Panos<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>Courtroom A, 2nd Floor<br>556 N. McDonough Street<br>Suite 2230<br>Decatur, GA 30030 | Andrew R. Lynch, Esq.<br>ANDREW R. LYNCH, P.C.<br>160 Clairemont Avenue, Suite 340<br>Decatur, GA  30030<br>Email: Andrew@attorneyandrew.com<br><br>Joseph W. Weeks, Esq.<br>MCNALLY WEEKS<br>125 Clairemont Avenue, Suite 450<br>Decatur, GA  30030<br>Email: jweeks@mcnallyweeks.com |
| Willie Swift and Glenn Ellis v. Rahmell Mitchell, G's Hauling LLC, and Graphic Arts Mutual Insurance Company<br><br>20A81176<br><br>Our File No. 16000.0630 | Honorable Kimberly Anderson<br>Judge, State Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough St<br>Suite 2210<br>Decatur, GA 30030 | James A. Rice, Jr., Esq.<br>JAMES A. RICE, JR., P.C.<br>563 Spring Street, NW<br>Atlanta, GA 30308<br>Email: jim@ricefirm.com<br><br>Wayne S. Melnick Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Aaron P. Miller Esq.<br>100 Galleria Parkway, Suite 1600<br>Atlanta GA 30339<br>Email: wmelnick@fmglaw.com |
| Detral Treadwell and Lillie Treadwell v. The Kroger Company<br><br>19A74711<br><br>Our File No. 3558.0420 | Honorable Janis C. Gordon<br>Judge, State Court of DeKalb County<br>3rd Floor Administrative Tower<br>556 N. McDonough St. #300<br>Decatur, GA 30030 | Genet M. Hopewell, Esq.<br>JOHNSON HOPEWELL COLEMAN<br>4153 Flat Shoals Parkway<br>Building C, Suite 322<br>Decatur, GA 30034<br>Email: genethopewell@jhclawyers.com<br><br>Danielle B. Obiorah, Esq.<br>Teri D. Fields, Esq.<br>OBIORAH FIELDS, LLC<br>157 South McDonough Street<br>Jonesboro, GA 30236<br>Email: dbo@obiorahfields.com<br>Email: tdf@obiorahfields.com |
| Brihaynan Yanez v. Target Corporation, John Doe, and XYZ Corporation<br><br>20A81280<br><br>Our File No. 4200.0017 | Honorable Johnny Panos<br>Judge, State Court of Dekalb County<br>DeKalb County Courthouse<br>556 N. McDonough St., #300<br>Decatur, GA 30030 | Shanti Nagrani, Esq.<br>Jonathan Rosenburg, Esq.<br>BADER SCOTT INJURY LAWYERS<br>3384 Peachtree Road N.E.<br>Suite 500<br>Atlanta, GA 30326<br>Email: shantinagrani@baderscott.com<br>Email: jonathan@baderscott.com |
| **Superior Court of DeKalb County** | **Judge** | **Opposing Counsel** |
| Micha Smith, Individually and as the Court Appointed Personal Administrator of the Estate of SYDNEY SMITH v. Ann Herrera, the Court Appointed Personal Administrator of the Estate of Robert Steven Smith, City of Roswell, et al.<br><br>19CV8282<br><br>Our File No. 3556.0423<br><br><br>COMPANION CASE:<br><br>Samantha Smith v. City of Roswell, et al.<br><br>19CV8283<br><br>Our File No. 3556.0424 | Honorable LaTisha Dear Jackson<br>Judge, Superior Court of DeKalb County<br>DeKalb County Courthouse<br>556 N. McDonough Street<br>Decatur, GA 30030 | Andrew Lampros, Esq.<br>HALL & LAMPROS, LLP<br>400 Galleria Parkway, Suite 1150<br>Atlanta, GA 30339<br>Email: alampros@hallandlampros.com<br><br>Hilliard v. Castilla, Esq.<br>Matthew J. Hurst, Esq.<br>WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT<br>900 Circle 75 Parkway, Suite 1040<br>Atlanta, GA 30339<br>Email: hcastilla@wachp.com<br>Email: mhurst@wachp.com<br><br>Terry D. Jackson, Esq.<br>TERRY D. JACKSON, P.C.<br>600 Edgewood Avenue<br>Atlanta, GA 30312<br>E-Mail: terry@terryjacksonlaw.com<br><br>Suns S. Choy, Esq.<br>Wesley C. Jackson, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

|  |  | FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA  30339<br>Email: schoy@fmglaw.com<br>Email: wjackson@fmglaw.com<br><br>Charles M. Medlin, Esq.<br>Timothy A. Raimey, Esq.<br>BOVIS KYLE BURCH & MEDLIN, LLC<br>200 Ashford Center North, Suite 500<br>Atlanta, GA  30338<br>Email: cmm@boviskyle.com<br>Email: traimey@boviskyle.com<br><br>Maren R. Cave, Esq.<br>SWIFT CURRIE MCGHEE & HIERS, LLP<br>1355 Peachtree Street NE<br>The Peachtree, Suite 300<br>Atlanta, GA  30309<br>Email: maren.cave@swiftcurrie.com<br><br>Emily Hurst, Esq.<br>Denval A. Stewart, Esq.<br>OFFICE OF THE FULTON COUNTY ATTORNEY<br>141 Pryor Street SW, Suite 4038<br>Atlanta, GA  30303<br>Email: Emily.hirst@fultoncountyga.gov<br>Email: Denval.stewart@fultoncountyga.gov |
| **State Court of Douglas County** | **Judge** | **Opposing Counsel** |
| Fitzgerald Wilson v. Samuel Kelly Martin, Reliable Sanitation, Inc., and Great Divide Insurance Company c/o Berkley Specialty Underwriting<br><br>20SV00845<br><br>Our File No. 4468.0002 | Honorable Eddie Barker<br>Judge, State Court of Douglas County<br>8700 Hospital Drive<br>Douglasville, GA 30134 | Peter Brogdon, Esq.<br>MORGAN & MORGAN ATLANTA, PLLC<br>P.O. Box 57007<br>Atlanta, GA 30343-1007<br>Email: pbrogdon@forthepeople.com |
| **Superior Court of Floyd County** | **Judge** | **Opposing Counsel** |
| Mahaly Ashley v. New Horizon Treatment Center, Inc.<br><br>21CV00595<br><br>Our File No.: 3011.0005 | Honorable Kay Ann Wetherington<br>Judge, Superior Court of Floyd County<br>3 Government Plaza<br>Suite 310<br>Rome, GA 30161 | Robert W. Lamb, Esq.<br>Michael R. Bauer, Esq.<br>PERROTTA, LAMB & JOHNSON, LLC<br>222 East Main Street<br>Cartersville, GA 30120<br>Email: rlamb@perrottalaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Email: mbauer@perrottalaw.com |
| Milton Robbins v. Mercy Housing Management Group, Inc. d/b/a Etowah Terrace Senior Residences; John/Jane Doe 1, John/Jane Doe, 2; And Redi Carpet Sales Of Georgia, LLC d/b/a Seagull Select, And CCA Flooring, LLC<br><br>19CV02486<br><br>Our File No.: 16000.0631 | Honorable William F. Sparks<br>Judge, Superior Court of Floyd County<br>3 Government Plaza, Suite 312<br>Rome, GA 30161 | H. L. Cromartie, III, Esq.<br>H.L. CROMARTIE III, P.C.<br>401 Broad Street, Suite 300<br>P.O. Box 1897<br>Rome, GA 30162<br>Email: rick@hlcromartielaw.com<br><br>Patrick A. Matson, Esq.<br>MATSON & MATSON, P.C.<br>1 West 4th Avenue<br>Suite 300<br>Rome, GA 30161<br>Email: pm@matsonandmatson.com<br><br>Jacob E. Daly, Esq.<br>Sun S. Choy, Esq.<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, GA 30339-5948<br>Email: jdaly@fmglaw.com<br><br>Jason D. Hergenroether, Esq.<br>BUSCH, REED, JONES & LEEPER, P.C.<br>639 Whitlock Ave.<br>Marietta, GA 30064<br>Email: jhergenroether@buschreed.com b |
| **State Court of Forsyth County** | **Judge** | **Opposing Counsel** |
| Willie Globe and Sherri Globe v. Lashley, Cohen and Associates, Inc. and Advanced Technology Services, Inc.<br><br>20-SC-0833-B<br><br><br>Our File No. 16000.0578 | Honorable T. Russell McClelland<br>Judge, State Court of Forsyth County<br>101 East Courthouse Square<br>Suite 4016<br>Cumming, GA 30040 | Mathew K. Titus, Esq.<br>TITUS LAW, LLC<br>5755 North Point Parkway, Suite 88<br>Alpharetta, GA 30022<br>Email: mathew@titus-law.com<br><br>James Erick Payne, Esq.<br>Sean Villery-Samuel, Esq.<br>PROVOST UMPHREY LAW FIRM, L.L.P.<br>490 Park Street<br>P.O. Box 4905<br>Beaumont, TX 77704<br>Email: jpayne@pulf.com<br>Email: svillery-samuel@provostumphrey.com<br><br>Warner S. Fox, Esq.<br>HAWKINS PARNELL & YOUNG LLP<br>303 Peachtree Street N.E. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

|  |  | Suite 4000<br>Atlanta, GA 30308-3243<br>Email: wfox@hpylaw.com |
| --- | --- | --- |
| Cindy McClure and Alan McClure v. Hector R. Rodrigues, Julia G. Stone, Michael Minak, and The Kroger Co. d/b/a Kroger<br><br>16SC-0538-A<br><br>Our File No. 3558.0246 | Honorable Leslie Abernathy-Maddox<br>Judge, State Court of Forsyth County<br>101 East Courthouse Square<br>Suite 4070<br>Cumming GA 30040 | James E. Douglas, Jr., Esq.<br>CHILDERS, SCHLUETER & SMITH, LLC<br>1932 N. Druid Hills Road, NE<br>Atlanta, GA 30319<br>Email: jdouglas@cssfirm.com |
| **Superior Court of Forsyth County** | **Judge** | **Opposing Counsel** |
| Vinay Bose, Mommies Properties, LLC, and FH Partners, LLC. v. John Richards, Chattahoochee River Club HOA, and John Doe and Jane Doe<br><br>18CV-1887-1<br><br>Our File No. 4460.0024 | Honorable Jeffrey S. Bagley<br>Judge, Superior Court of Forsyth County<br>101 East Courthouse Square<br>Suite 5016<br>Cumming, GA 30040 | Vinay Bose (Pro Se)<br>3001 Wembley Ridge<br>Atlanta, GA 30340<br><br>Stuart Teague, Esq.<br>Keisha Chambless, Esq.<br>TEAGUE & CHAMBLESS, LLP<br>110 Samaritan Drive<br>Suite 109<br>Cumming, GA 30040<br>Email: steague@thegeorgiaattorneys.com<br><br>Larry C. Oldham, Esq.<br>LARRY C. OLDHAM, PC<br>416 Pirkle Ferry Road<br>Suite K-500<br>Cumming, GA 30040<br>Email: larryoldham@lcopc.com<br><br>Kimberly Cofer Butler, Esq.<br>ELLIS PAINTER RATTERREE & ADAMS, LLP<br>P.O. Box 9946<br>Savannah, GA 31412<br>Email: kbutler@epra-law.com<br><br>Kevin J. Tallant, Esq.<br>Jonah B. Howell, Esq.<br>MILES HANSFORD & TALLANT, LLC<br>202 Tribble Gap Road, Suite 200<br>Cumming, GA 30040<br>Email: ktallant@mhtlegal.com<br><br>Frank C. Bedinger, Esq.<br>HAWKINS PARNELL & YOUNG, LLP<br>303 Peachtree Street, Suite 4000<br>Atlanta, GA 30308-3243<br>Email: fbedinger@hpylaw.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Aaron PM Tady, Esq.<br>Thomas M. Barton, Esq.<br>COLES BARTON LLP<br>150 South Perry Street, Suite 100<br>Lawrenceville, GA 30046<br>Email: tbarton@colesbarton.com<br>Email: atady@colesbarton.com<br><br>A Todd Sprinkle, Esq.<br>PARKER POE ADAMS &<br>BERNSTEIN, LLP<br>1075 Peachtree Street NE, Suite 1500<br>Atlanta, GA 30309<br>Email: toddsprinkle@parkerpoe.com<br><br>Steven G. Early, Esq.<br>THE EARLY FIRM, LLC<br>4865 North River Drive<br>Suite A<br>Cumming, GA 30041<br>Email: theearlyfirm@gmail.com<br><br>Richard Capriola, Esq.<br>Eric B. Coleman, Esq.<br>WINTER CAPRIOLA ZENNER, LLC<br>3490 Piedmont Road NE, Suite 800<br>Atlanta, GA 30305<br>Email: rcapriola@wczlaw.com<br>Email: ecoleman@wczlaw.com |
| Sudhakar Malapati v. Atlanta Gas Light Company, Southern Company Gas, The Southern Company, Southeast Connections LLC, Artera Services LLC<br><br>21CV-1116-3<br><br>Our File No. 4485.0018 | Honorable Phillip C. Smith<br>Judge, Superior Court of Forsyth County<br>101 East Courthouse Square<br>Suite 5032<br>Cumming, GA 30040 | Harold L. Johnson, Esq.<br>WAKHISI-DOUGLAS, LLC<br>2002 Summit Boulevard, Suite 300<br>Atlanta, GA 30319<br>Email: hjohnson@wdatlaw.com |
| **Superior Court of Franklin County** | **Judge** | **Opposing Counsel** |
| Bonnie Hall, et al v Nancy Diane Hall, et al<br><br>19FV0330W<br><br>Our File No. 3024.0017 | Honorable Harvey Wasserman<br>Judge, Superior Court of Franklin County<br>9592 Lavonia Road<br>Carnesville, GA 30521 | Robert H. Childres, III, Esq.<br>Matthew E. Cook, Esq.<br>Kate S. Cook, Esq.<br>Nathan R. Nicholson, Esq.<br>COOK LAW GROUP, LLC<br>P.O. Box 2415<br>Gainesville, GA 30503<br>Email:<br>robert@cook-lawgroup.com<br>Email:<br>matt@cook-lawgroup.com<br>Email:<br>kate@cook-lawgroup.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

|  |  | Email:<br>nathan@cook-lawgroup.com<br><br>Justin Berelc, Esq.<br>BERELC LAW OFFICE<br>P.O. Box 786<br>Lavonia, GA 30553<br>Email: justin@berelclawoffice.com<br><br>Adam M. Cain, Esq.<br>ADAM M. CAIN, LLC<br>297 Prince Street<br>Suite 24<br>Athens, GA 30601<br>Email: amcain@adamcainlaw.com |
|---|---|---|
| **State Court of Fulton County** | **Judge** | **Opposing Counsel** |
| Olivia Brown v. Charley & Sons, Inc. and Eric Thomas<br><br>20EV007637<br><br>Our File No. 853.0020 | Honorable Fred C. Eady<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue<br>Suite T3855<br>Atlanta, GA 30303 | R. Sean McEvoy, Esq.<br>WITHERITE LAW GROUP, LLC<br>600 West Peachtree Street, NW<br>Suite 740<br>Atlanta, GA 30308<br>Email:<br>Sean.mcevoy@witheritelaw.com |
| Linwood Burns and Octavia Burns v. Great Divide Insurance Company, Prewett Enterprises, Inc. d/b/a B&P Enterprises, and Larry Dorsey<br><br>19EV002661<br><br>Our File No. 4468.0003 | Honorable Susan E. Edlein<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite 2655<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Matthew B. Stoddard, Esq.<br>Keith N. Evra, Esq.<br>THE STODDARD FIRM<br>1534 N. Decatur Rd., NE<br>Atlanta, GA 30307<br>Email: matt@legalhelpga.com<br>Email: keith@legalhelpga.com<br>Email: pleadings@legalhelpga.com |
| Katie Cockerham v. VCP Ashford, LLC; VCP Hammond, LLC; Hammond Residential Group, Inc. a/k/a Hammond Resident Group; Buckhaven, LLC; VCP Mundy Mill, LLC; 53 West Apartments, LLC; 2000 Concrete, LLC; Varden Capital Properties, LLC; John Does 1-10, ABC Corporation, and XYZ Corporations 1-10<br><br>20EV006444<br><br>Our File Number. 3024.0033 | Honorable Myra H. Dixon<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue, Suite T3655<br>Atlanta, GA 30303 | Amit Patel, Esq.<br>JOHN FOY & ASSOCIATES, P.C.<br>3343 Peachtree Rd. NE, Suite 350<br>Atlanta, GA 30326<br>Email: apatel@johnfoy.com<br><br>Frank Bedinger, Esq.<br>HAWKINS PARNELL & YOUNG LLP<br>303 Peachtree Street NE, Suite 4000<br>Atlanta, GA 30308<br>Email: fbedinger@hpylaw.com<br><br>Karol Russell, Esq.<br>THE RUSSELL LAW FIRM, LLC<br>3774 Lavista Rd.<br>Tucker, GA 30084<br>Email: Karol@Russell-Firm.com |

Matthew G. Moffett, Esq.
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Kristen Cesario, Esq.<br>BOVIS KYLE BURCH & MEDLIN, LLC<br>200 Ashford Center N., Suite 500<br>Atlanta, GA 30338<br>Email: kcesario@boviskyle.com<br><br>Jason Pettus, Esq.<br>FAIN, MAJOR & BRENNAN, P.C.<br>One Premier Plaza<br>5605 Glenridge Dr., Suite 900<br>Atlanta, GA 30342<br>Email: jpettus@fainmajor.com<br><br>Robert A. Luskin, Esq.<br>Anna M. Waller, Esq.<br>Tracy A. Yaun, Esq.<br>GOODMAN MCGUFFEY, LLP<br>3340 Peachtree Road, NE<br>Suite 2100<br>Atlanta, GA 30326-1084<br>Email: rluskin@GM-LLP.com<br>Email: awaller@GM-LLP.com<br>Email: tyaun@GM-LLP.com |
| Joseph Coscia and Tiffany Coscia v. Kids II, Inc.<br><br>21EV000319<br><br>Our File No. 4408.0003 | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue SW<br>Atlanta, GA 30303 | Don C. Keenan, Esq.<br>THE KEENAN LAW FIRM<br>148 Nassau Street, N.W.<br>Atlanta, GA 30303<br>Email: dkeenan@keenanlawfirm.com<br><br>David Bernstein, Esq.<br>8601 S. Western Ave.<br>Oklahoma City, OK 73139<br>Email: dbnormanok@aol.com<br><br>Jennifer L. Bullard, Esq.<br>Alana K. Bassin, Esq.<br>BOWMAN AND BROOKE, LLP<br>150 S. Fifth Street, Suite 3000<br>Minneapolis, Minnesota 55402<br>Email: Jennifer.bullard@bowmanandbrooke.com<br>Email: alana.bassin@bowmanandbrooke.com |
| Ramona Debreaux-Overstreet v. Lionstone Partners, LLC, North American Properties-Atlanta, Ltd, North American Properties Investors, Ltd, Citizens Parking, Inc, Lanier Parking Holdings, Inc, Lanier Parking Solutions I, LLC, and Midtown Lanier Parking, Inc | Honorable Eric A. Richardson<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite T3755<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Arnold J. Lizana, III, Esq.<br>LAW OFFICE OF ARNOLD J. LIZANA III, PC<br>1175 Peachtree Street, NE<br>10th Floor<br>Atlanta, GA 30361<br>Email: alizana@attorneylizana.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 19EV004503<br><br>Our File No. 3024.0016 | | R. David Ware, Esq.<br>Nneka A. Egwuatu, Esq.<br>HALL BOOTH SMITH, P.C.<br>191 Peachtree St. NE, Suite 2900<br>Atlanta, GA 30303<br>Email: dware@hallboothsmith.com<br><br>Zachary M. Wilson III, Esq.<br>HAWKINS PARNELL & YOUNG LLP<br>303 Peachtree St. NE, Suite 4000<br>Atlanta, GA 30308<br>Email: ZWilson@hpylaw.com |
| Brenda De La Cruz and Frank De La Cruz v. Northside Hospital, Inc., SP Plus Corporation, ABC Company (1 – 10), John Doe (1 – 10)<br><br>21EV004722<br><br>Our File No. 3221.0033 | Honorable Wesley B. Tailor<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue<br>Suite T3905<br>Atlanta, GA 30303 | Charles P. Barry, III, Esq<br>BARRY TRIAL PRACTICE & RESOLUTION, LLC<br>5447 Roswell Rd.<br>Atlanta, GA 30342<br>Email: cbarry@barrytpr.com<br><br>Matthew P. Lazarus, Esq.<br>David C. Rhodes, Esq.<br>SCRUDDER, BASS, QUILLIAN, HORLOCK, TAYLOR & LAZARUS, LLP<br>900 Circle 75 Parkway<br>Suite 850<br>Atlanta, GA 30339-3053<br>Email: mlazarus@scrudderbass.com<br>Email: drhodes@scrudderbass.com |
| Jane Doe 1 v. PACE ACADEMY, INC., et al.<br><br>20EV005536<br><br>Our File No. 2521.0001 | Honorable Myra H. Dixon<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite T3655<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Tricia P. Hoffler Esq.<br>THE CK HOFFLER FIRM<br>23 Lenox Pointe, NE<br>Atlanta, GA 30324<br>Email: ck@ckhofflerfirm.com<br><br>Brynda Rodriguez Insley, Esq.<br>TAYLOR, ENGLISH, DUMA, LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339<br>Email: binsley@taylorenglish.com |
| Jane Doe 2 v. PACE ACADEMY, INC., et al.<br><br>20EV005744<br><br>Our File No. 2521.0001 | Honorable Myra H. Dixon<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite T3655<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Tricia P. Hoffler Esq.<br>THE CK HOFFLER FIRM<br>23 Lenox Pointe, NE<br>Atlanta, GA 30324<br>Email: ck@ckhofflerfirm.com<br><br>Brynda Rodriguez Insley, Esq.<br>TAYLOR, ENGLISH, DUMA, LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339<br>Email: binsley@taylorenglish.com |
| Mary Christine Dooley v. Katherine McClelland | Honorable Wesley B. Tailor<br>Judge, State Court of Fulton County | J. Blair Craig, Esq.<br>WOOD & CRAIG, LLC |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 20EV006562<br><br>Our File No. 3024.0024 | Justice Center Tower<br>185 Central Avenue<br>Suite T3905<br>Atlanta, GA 30303 | 3520 Piedmont Road, NE<br>Suite 280<br>Atlanta, GA 30305<br>Email: blair@woodcraig.com |
| Chanise Gibbs v. Team RTR2, LLC<br>d/b/a Zen Massage<br><br>19EV002125<br><br>Our File No. 4460.0011 | Honorable Eric Richardson<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue SW<br>Atlanta, GA 30303 | Matthew B. Stoddard, Esq.<br>Keith N. Evra, Esq.<br>THE STODDARD FIRM<br>1534 North Decatur Road<br>Atlanta, GA 30307<br>Email: matt@legalhelpga.com<br>Email: keith@legalhelpga.com |
| Colin Hertz v. Morguard Briarhill<br>Apartments, LLC<br><br>21EV004722<br><br>Our File No. 3724.0001 | Honorable Wesley B. Tailor<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue<br>Atlanta, GA 30303 | Crystal D. Kesler, Esq.<br>CKESLER LAW, LLC<br>3645 Marketplace Blvd<br>Ste. 130-497<br>Atlanta, GA 30344<br>Email: ckesler@ckeslerlaw.com |
| Jonquita Jones, Guardian ad Litem for<br>DeMariya Jones; Ashley Parks Guardian<br>ad Litem for DeMarlon Lanard<br>Norwood, Jr.; and Brenda Norwood,<br>Administratrix of the Estate<br>of DeMarlon Lanard Norwood v.<br>Hollywood Shawnee Housing<br>Partners, LP; H.J. Russell & Company;<br>Hollywood Shawnee Housing<br>Management, LLC; Protect Security,<br>LLC; Hollywood/Shawnee<br>Redevelopment Partnership GP, LP;<br>Hollywood/Shawnee Redevelopment<br>Partnership GP, LLC; ABC Corporation;<br>and John Does<br><br>21EV002244<br><br>Our File No.: 3525.0019 | Honorable Jane Morrison<br>Judge, State Court of Fulton County<br>185 Central Avenue, Suite T2955<br>Atlanta, GA 30303 | Gabe Banks, Esq.<br>Sam Weaver, Esq.<br>WEATHINGTON FIRM<br>191 Peachtree St., NE<br>Suite 3900<br>Atlanta, GA 30303<br>Email: gbanks@weathington.com<br>Email: sweaver@weathington.com<br><br>James W. Cobb, Esq.<br>Cameron B. Roberts, Esq.<br>CAPLAN COBB LLP<br>75 Fourteenth Street, NE, Suite 2750<br>Atlanta, GA 30309<br>Email: jcobb@caplancobb.com<br>Email: croberts@caplancobb.com<br><br>Kevin A. Ross, Esq.<br>THE LAW PRACTICE<br>OF KEVIN A. ROSS, LLC<br>Building 700<br>2255 Cumberland Parkway Suite B<br>Atlanta, GA 30339<br>Email: kross@krosspa.com |
| Lavina Marie Lewis and Andy Davis<br>Lewis v. Agon Variety I, LLC, Little<br>Five Points Partnership (LLLP), Tri Mac<br>Event Staffing, LLC, David Liggett, and<br>Joshua Whitten<br><br>20-EV-006879<br><br>Our File No. 4460.0028 | Honorable Eric Richardson<br>Judge, State Court of Fulton County<br>185 Central Avenue, Suite T3755<br>Atlanta, GA 30303 | Ryals D. Stone, Esq.<br>William S. Stone, Esq.<br>THE STONE LAW GROUP – TRIAL<br>LAWYERS, LLC<br>5229 Roswell Road NE<br>Atlanta, GA 30342<br>Email: ryals@stonelaw.com<br>Email: billstone@stonelaw.com<br><br>Robert G. Ballard, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | ROBERT G. BALLARD, PC<br>One Glenlake Parkway, Suite 700<br>Atlanta, GA 30328<br>Email: theballardlawfirm@gmail.com<br><br>Abraham C. Varner, II, Esq.<br>HALL BOOTH SMITH, PC<br>Peachtree Street NE, Suite 2900<br>Atlanta, GA 30303<br>Email: AVarner@hallboothsmith.com |
| Beth A. Main v. The Kroger Co.<br><br>19EV006649<br><br>Our File No. 3558.0448 | Honorable Diane E. Bessen<br>Judge, State Court of Fulton County<br>185 Central Ave.<br>Atlanta, GA 30303 | Kevin S. Kovalchik, Esq.<br>KEVIN S. KOVALCHIK, LLC<br>278 W. Main Street<br>Buford, GA 30518<br>Email: Kevin@ksklegal.com<br><br>Russell T. Deutschman, Esq.<br>KENNETH S. NUGENT, P.C.<br>4227 Pleasant Hill Road<br>Building 11, Suite 300<br>Duluth, GA 30096<br>Email:<br>rdeutschman@attorneykennugent.com |
| Andre Manuel v. Premier Kings of Georgia Inc., d/b/a Burger King and Premier Kings of Northern Alabama, LLC d/b/a Burger King and John Doe<br><br>21EV001378<br><br>Our File No. 3519.0003 | Honorable Wesley B. Tailor<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite T3905<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Peter D. Copeland, Esq.<br>PETER D. COPELAND, P.C.<br>P.O. Box 448<br>989 Montreal Road<br>Clarkston, GA 30021<br>Email: pdcpc@bellsouth.net |
| Morgan v. Newell Recycling of Atlanta, LLC<br><br>19EV000026<br><br>Our File No. 3535.0002 | Honorable Jane Morrison<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue<br>Suite T2955<br>Atlanta, GA 30303 | James I. Seifter, Esq.<br>Darren W. Penn, Esq.<br>PENN LAW LLC<br>4200 Northside Parkway, N.W.<br>Building One, Suite 100<br>Atlanta, GA 30327<br>Email: jim@pennlawgroup.com<br>Email: darren@pennlawgroup.com<br><br>Joel M. Baskin, Esq.<br>JOEL M. BASKIN, P.C.<br>2791 Main Street<br>East Point, GA 30344<br>Email: jbaskin@joelbaskin.com |
| Donald Scott v. Crystal at Cascade, LLC, Diamond National Realty, LLC and John Does 1 through 10<br><br>21-EV-004195 | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>1180 W. Peachtree Street NE<br>Atlanta, GA 30309 | Brian C. Mickelsen, Esq.<br>MICKELSEN DALTON LLC<br>1037 Chuck Dawley Blvd Suite D210<br>Mount Pleasant, SC 29464<br>Email: brian@mickelsendalton.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 4460.0022 | | |
| Carolyn Sivley v. W Hotel Management, Inc., XYZ Corp. Nos. 4 through 9, and John Doe Nos. 1 through 9<br><br>17EV004834<br><br>Our File No. 4400.0058 | Honorable Patsy Y. Porter<br>Judge, State Court of Fulton County<br>Justice Center Tower, Suite 2855<br>185 Central Avenue, SW<br>Atlanta, GA 30303 | Nigel Phiri, Esq.<br>MORGAN & MORGAN ATLANTA, PLLC<br>PO Box 57007<br>Atlanta, GA 30343-1007<br>Email: nphiri@forthepeople.com<br><br>Glenn S. Bass, Esq.<br>SCRUDDER, BASS, QUILLIAN, HORLOCK, TAYLOR & LAZARUS, LLP<br>900 Circle 75 Parkway<br>Suite 850<br>Atlanta, GA 30339<br>Email: gbass@scrudderbass.com |
| Joseph Stamps v. Halpern Enterprises, Carrollton Crossroads, LLC, and Kroger Fulfillment Network, LLC<br><br>21EV005758<br><br>Our File No. 3558.0514 | Honorable John R. Mather<br>Judge, State Court of Fulton County<br>185 Central Ave., SW<br># T2905<br>Atlanta, GA 30303 | James R. Adamoli, III, Esq.<br>W. CALVIN SMITH, II, PC<br>3560 Lenox Road, NE<br>Suite 3020<br>Atlanta, Georgia 30326<br>Email: jadamoli@calvinsmithlaw.com<br><br>Josanne Celestine, Esq.<br>DODSON & ASSOCIATES<br>P.O. Box 2903<br>Hartford, CT 06104-2903<br>Email: jcelesti@travelers.com |
| Tamesha D. Williams v. MLK Drive Apartments Limited Partnership and Gateway Management Company, LLC<br><br>19EV004225<br><br>Our File No. 3556.0448 | Honorable Susan Edlein<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Ave SW<br># T2655<br>Atlanta, GA 30303 | Michael Jo'el Smith, Esq.<br>THE LAW OFFICES OF MICHAEL SMITH, LLC<br>160 Clairemont Ave.<br>Suite 200<br>Decatur, GA 30030<br>Email:<br>msmith@michaelsmithatlaw.com<br><br>Charles M. McDaniel, Jr., Esq.<br>CARLOCK, COPELAND & STAIR, LLP<br>191 Peachtree Street, NE<br>Suite 3600<br>Atlanta, GA 30303-1740<br>Email: cmcdaniel@cskl.law<br><br>Tracy A. Yaun, Esq.<br>Robert A. Luskin, Esq.<br>GOODMAN MCGUFFEY, LLP<br>3340 Peachtree Road, NE,<br>Suite 2100<br>Atlanta, GA 30326<br>Email: tyaun@gm-llp.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | Email: rluskin@gm-llp.com |
|---|---|---|
| Ashley Wright, as Next Friend, Parent, and Natural Guardian of Kamari Wright, minor child of Daqual Boykins, and Deyana Boykins, as the administrator of estate of Daqual Boykins v. Hickory Park, LTD. (L.P.), Ledic Realty Management, LLC, no known as Envolve Community Management d/b/a Envolve Community Services, LLC, and Envolve Community Management, LLC, d/b/a Envolve Community Services, LLC, and Lisa Martin-Poore<br><br>20EV003950<br><br>Our File No. 3525.0003 | Honorable Susan E. Edlein<br>Judge, State Court of Fulton County<br>Justice Center Tower<br>185 Central Avenue SW<br>Atlanta, GA 30303 | Andrew J. Brandt, Esq.<br>James A. Rice, Jr. Esq.<br>JAMES A. RICE, JR., P.C.<br>563 Spring Street, NW<br>Atlanta, GA 30308<br>Email: andrew@ricefirm.com<br>Email: jim@ricefirm.com |
| **Superior Court of Fulton County** | **Judge** | **Opposing Counsel** |
| All That Maintenance, LLC Michelle Bernard, Bernard Auto Brokers, Inc., and Bernard Custom Motorcycles & Accessories, LLC v. Jeri M. Forbes and Forbes Accounting & Consulting, Inc.<br><br>2018CV308742<br><br>Our File No. 3011.0007 | Honorable Rachel Krause<br>Judge, Superior Court of Fulton County<br>136 Pryor Street SW<br>T-4705<br>Atlanta, GA 30303 | Victoria Kealy, Esq.<br>THE WRIGHT FIRM, LLC<br>50 Lenox Pointe, NE<br>Suite B<br>Atlanta, GA 30324<br>Email: vkealy@thewrightattorneys.net<br><br>Robert A. Luskin, Esq.<br>Samantha M. Mullis, Esq.<br>GOODMAN MCGUFFEY, LLP<br>3340 Peachtree Road NE<br>Suite 2100<br>Atlanta, GA 30326<br>Email: smullis@gm-llp.com |
| Arlene Jackson v. Metropolitan Atlanta Rapid Transit Authority<br><br>2021CV346864<br><br>Our File No.: 4300.0019 | Honorable Charles M. Eaton, Jr.<br>Judge, Superior Court of Fulton County<br>136 Pryor Street SW<br>T-5755<br>Atlanta, GA 30303 | William T. "Billy" Joyner, Esq.<br>HAUG LAW GROUP, LLC<br>8237 Dunwoody Place<br>Atlanta, GA, 30350<br>Email: wjoyner@hauglawgroup.com |
| Sabina Siddiqi and Nikhat Shahzad v. Arthur H. Mazor and Laura Mazor<br><br>21EV004722<br><br>Our File No. 3556.0453 | Honorable Rachel R. Krause<br>Judge, Superior Court of Fulton County<br>136 Pryor Street, SW<br>Atlanta, GA 30303 | David J. Merbaum, Esq.<br>Matthew C. Mikkelsen, Esq.<br>MERBAUM & BECKER, P.C.<br>5755 North Point Pkwy., Suite 284<br>Alpharetta, GA 30022<br>Email: dmerbaum@mbpclaw.com<br>Email: mmikkelsen@mbpclaw.com |
| Unitrin Auto and Home Insurance a/s/o Robert D. Younglove v. Robertshaw Controls Company d/b/a Robertshaw and John Doe 1, John Doe 2, and John Doe 3 | Honorable Melynee Leftridge<br>Judge, Superior Court of Fulton County<br>136 Pryor Street, SW<br>Suite T-8755<br>Atlanta, GA 30303 | C. Lee Davis, Esq.<br>LEE DAVIS LAW, LLC<br>600 Galleria Pkwy, Suite 980<br>Atlanta, GA 30339<br>Email: leedavis@leedavislawllc.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| 2020CV342505<br><br>Our File No. 4475.0011 | | Benjamin Gallagher, Esq.<br>GALLAGHER LAW FIRM<br>3252 Rice Street<br>St. Paul, Minnesota 55126<br>Email: ben@gallagherlawus.com |
| Wenszell v. Metropolitan Atlanta Rapid Transit Authority<br><br>2020CV341987<br><br>Our File No. 4300.0017 | Honorable Belinda E. Edwards<br>Judge, Superior Court of Fulton County<br>136 Pryor Street, SW<br>T-5655<br>Atlanta, GA 30303 | Matthew B. Stoddard, Esq.<br>THE STODDARD FIRM<br>1534 N. Decatur Road, NE<br>Atlanta, GA 30307<br>Email: matt@legalhelpga.com |
| **State Court of Glynn County** | **Judge** | **Opposing Counsel** |
| Emery Raynard Bryant v. Anthony L. Fedd and Allied Universal Holding Corporation<br><br>CV20200215<br><br>Our File No. 4468.0001 | Honorable Bart G. Altman<br>Judge, State Court of Glynn County<br>701 H Street, 1ˢᵗ Floor<br>Brunswick, GA 31520 | Eric L. Jenson, Esq.<br>Jessica Burkhart, Esq.<br>JENSON LAW, LLC<br>6111 Peachtree Dunwoody Road<br>Building G – Suite 201<br>Atlanta, GA 30328<br>Email: ejensen@eljlegal.com<br>Email: jburkhart@eljlegal.com |
| **Superior Court of Glynn County** | **Judge** | **Opposing Counsel** |
| Joseph Poppell et al v. Cardinal Health et al<br><br>CE 19-00472<br><br>Our File No. 3024.0010 | Honorable Roger B. Lane<br>Judge, Superior Court of Glynn County<br>Glynn County Courthouse<br>701 H Street, Suite 202<br>Brunswick, GA 31520 | John E. Floyd, Esq.<br>Manoj S. Varghese, Esq.<br>Benjamin E. Fox, Esq.<br>Steven Rosenwasser, Esq.<br>BONDURANT, MIXSON &<br>ELMORE<br>3900 One Atlantic Center<br>1201 W. Peachtree Street, NW<br>Atlanta, GA 30309<br>Email: floyd@bmelaw.com<br>Email: fox@bmelaw.com<br>Email: rosenwasser@bmelaw.com<br>Email: varghese@bmelaw.com<br><br>James D. Durham, Esq.<br>R. Brian Tanner, Esq.<br>GRIFFIN DURHAM TANNER &<br>CLARKSON<br>7 East Congress Street, Suite 703<br>Savannah, GA 31401<br>Email: jdurham@griffindurham.com<br>Email: btanner@griffindurham.com<br><br>Christopher W. Madel, Esq.<br>Jennifer Robbins, Esq.<br>Matthew J.M. Pelikan, Esq.<br>MADEL, PA<br>800 Pence Building<br>800 Hennepin Ave. |

|  |  | Minneapolis, MN 55403<br>Email: cmadel@madellaw.com<br>Email: jrobbins@madellaw.com<br>Email: mpelikan@madellaw.com<br><br>Ronald E. Harrison, II, Esq.<br>THE HARRISON FIRM<br>1621 Reynolds Street<br>Brunswick, GA 31520<br>Email: thf@theharrisonlawfirm.net<br><br>Christopher A. Wiech, Esq.<br>S. Derek Bauer, Esq.<br>Jacqueline Menk, Esq.<br>Michael Fishman, Esq.<br>Jarvarus A. Gresham, Esq.<br>BAKER & HOSTETLER LLP<br>1170 Peachtree Street, NE<br>Suite 2400<br>Atlanta, GA 30309<br>Email: cwiech@bakerlaw.com<br>Email: dbauer@bakerlaw.com<br>Email: jmenk@bakerlaw.com<br>Email: mfishman@bakerlaw.com<br>Email: jgresham@bakerlaw.com<br><br>Nicholas S. Salter, Esq.<br>John J. Haggerty, Esq.<br>Stephen A. Cornell, Esq.<br>Karl C. Helgerson, Esq.<br>FOX ROTHSCHILD LLC<br>2700 Kelly Rd, Suite 300<br>Warrington, PA 18976<br>Email: nsalter@foxrothschild.com<br>Email: jhaggerty@foxrothschild.com<br>Email: scornell@foxrothschild.com<br>Email: khelgerson@foxrothschild.com<br><br>Elizabeth G. Burnette, Esq.<br>FOX ROTHSCHILD, LLC<br>999 Peachtree St., NE, Suite 1500<br>Atlanta, GA 30309<br>Email: eburnette@foxrothschild.com<br><br>Halsey G. Knapp, Jr., Esq.<br>Adam M. Sparks, Esq.<br>KREVOLIN & HORST, LLC<br>1201 W. Peachtree Street, NW<br>Suite 3250, One Atlantic Center<br>Atlanta, GA 30309<br>Email: hknapp@khlawfirm.com<br>Email: sparks@khlawfirm.com<br><br>John C. Spurlin, Esq.<br>SPURLIN & SPURLIN, LLC |

| | | |
|---|---|---|
| | | P.O. Box 7566<br>1510 Whiddon Mill Rd.<br>Tifton, GA 31793<br>Email: johnspurlin@spurlinlaw.com<br><br>James Thagard, Esq.<br>J. Holder Smith, Jr., Esq.<br>W. Justin Purvis, Esq.<br>Jared Koebble, Esq.<br>Shannon Michelle Johnson, Esq.<br>Fernanda Conteras, Esq.<br>YOUNG THAGARD HOFFMAN<br>SMITH LAWRENCE & SHENTON<br>801 Northwood Park Dr.<br>PO Box 3007<br>Valdosta, GA 31604<br>Email:<br>jamesthagard@youngthagard.com<br>Email: jaysmith@youngthagard.com<br>Email:<br>justinpurvis@youngthagard.com<br>Email:<br>jaredkoebble@youngthaggard.com<br>Email: shannonw@youngthagard.com<br>Email: fernandc@youngthagard.com<br><br>Alan David Tucker, Esq.<br>ALAN D. TUCKER, ESQ.<br>9 St. Andrews Court, Suite 201<br>Brunswick, GA 31520<br>Email: alan@alantuckeratty.com<br><br>Randall Jordan, Esq.<br>Jeffrey L. Huberman, Esq.<br>Neil K. Roman, Esq.<br>Christopher Jordan, Esq.<br>HUNTER MACLEAN, EXLEY &<br>DUNN, P.C.<br>200 E. Saint Julian Street<br>P.O. Box 9848<br>Savannah, GA 31412<br>Email: rjordan@huntermaclean.com<br>Email: jhuberman@huntermaclean.com<br>Email: nroman@huntermaclean.com<br>Email: cjordan@huntermaclean.com<br><br>James R. Francis, Esq.<br>BARNWELL LAW GROUP, P.C.<br>2425 Commerce Avenue, N.W.<br>Suite 300<br>Duluth, GA 30096<br>Email:<br>jfrancis@barnwelllawgroup.com<br><br>Joseph H. Barrow, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

|  |  | BARROW & BALLEW, PC<br>P.O. Box 8186<br>Savannah, GA 31412<br>Email: jbarrow@barrowandballew.com<br><br>George A. Borden, Esq.<br>Monika Isia Jasiewicz, Esq.<br>Suzanne M. Salgado, Esq.<br>Danielle Sochaczevski, Esq.<br>Colleen M. McNamara, Esq.<br>Malka G. Herman, Esq.<br>Andrew Keyes, Esq.<br>Neelum J. Wadhwani, Esq.<br>Matthew Mooney, Esq.<br>WILLIAMS & CONNOLLY, LLP<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Email: gborden@wc.com<br>Email: ijasiewicz@wc.com<br>Email: ssalgado@wc.com<br>Email: dsochaczevski@wc.com<br>Email: cmcnamara@wc.com<br>Email: mherman@wc.com<br>Email: akeyes@wc.com<br>Email: nwadhwani@wc.com<br>Email: mmooney@wc.com<br><br>Amber M. Charles, Esq.<br>Emily L. Keveselis, Esq.<br>Neil K. Roman, Esq.<br>Jeffrey L. Huberman, Esq.<br>Benjamin Block, Esq.<br>Andrew P. Stanner, Esq.<br>Samuel R. Howe, Esq.<br>Nicole Antoine, Esq.<br>Jesus Alejandro Barrientos, Esq.<br>Paul W. Schmidt, Esq.<br>Emily S. Ullman, Esq.<br>COVINGTON & BURLING, LLP<br>One City Center<br>850 10th Street, NW<br>Washington, DC 20009<br>Email: acharles@cov.com<br>Email: ekeveselis@cov.com<br>Email: nroman@cov.com<br>Email: jhuberman@cov.com<br>Email: bblock@cov.com<br>Email: astanner@cov.com<br>Email: showe@cov.com<br>Email: nantoine@cov.com<br>Email: jbarrientos@cov.com<br>Email: pschdmit@cov.com<br>Email: eullman@cov.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| State Court of Gwinnett County | Judge | Opposing Counsel |
|---|---|---|
| Allied Property & Casualty Insurance Company a/s/o DP Lester Paint and Body, Inc. v. Peach State Roofing<br><br>21-C-06008-S6<br><br>Our File No. 4485.0019 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Ramona D. Terry, Esq.<br>LAW OFFICE OF J. ANDREW WILLIAMS<br>2970 Clairmont Road NE<br>Suite 600<br>Brookhaven, GA 30329<br>Email: r.terry@nationwide.com |
| Allstate Vehicle and Property Insurance Company a/s/o Henry and Mozella Bolton v. Whirlpool Corporation, Robertshaw Controls Company<br>21-C-04556-S3<br><br>Our File Number: 4475.0012 | Honorable Carla E. Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Silas M. Harrington, Jr., Esq.<br>RONALD W. PARNELL, PC<br>Post Office Drawer 81085<br>Conyers, GA 30013<br>Email: sdc@rwpsubro.com |
| Allstate Vehicle and Property Insurance Company a/s/o Jill Fosnough v. Whirlpool & Robertshaw<br><br>20-C-05416-S4<br><br>Our File No. 4475.0010 | Honorable Ronda Colvin Leary<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Christopher Rentschler, Esq.<br>Ronald W. Parnell, Esq.<br>RONALD W. PARNELL, P.C.<br>Post Office Drawer 81085<br>Conyers, GA 30013<br>Email: th@rwpsubro.com<br>Email: rwp@rwpsubro.com |
| Ikram Alsaady v. The Kroger Co. d/b/a Kroger and John Doe<br><br>18-C-08610-S3<br><br>Our File No. 3558.0325 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Eric White, Esq.<br>MORGAN & MORGAN ATLANTA, PLLC<br>P.O. Box 57007<br>Atlanta, GA 30343<br>Email: ewhite@forthepeople.com |
| American Signature, Inc. (Ohio), and ASI Thomasville, LLC v. Alfred Hill, Universal Protection Service, LLC, and John Doe 4<br><br>19-C-01330-S1<br><br>Our File No.: 3525.0016 | Honorable Emily J. Brantley<br>Judge, State Court of Gwinnett County<br>Gwinnett County Courthouse<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Devon P. Arnold, Esq.<br>Jeff Melcher, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>3348 Peachtree Road<br>Suite 1400<br>Atlanta, GA 30326<br>Email: devin.arnold@wilsonelser.com<br>Email: Jeffrey.melcher@wilsonelser.com |
| Borgese-Yarborough v. United Consulting<br><br>18C09388-S5<br><br>Our File No. 3024.0028 | Honorable Pamela D. South<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Mr. David T. Lashgari, Esq.<br>LASHGARI & ASSOCIATES<br>2470 Windy Hill Road, Suite 214<br>Marietta, GA 30067-8625<br>Email: lashlaw@aol.com<br><br>Michael Goldberg, Esq.<br>Eric J.D. Rogers, Esq.<br>FRIED GOLDBERG LLC<br>Three Alliance Center |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | 3550 Lenox Road, Suite 1500<br>Atlanta, GA 30326-4302<br>Email: adam@friedgoldberg.com<br>Email: michael@friedgoldberg.com |
| Darin Burgess v. The Kroger Co., Phillips Edison & Company LTD., Phillips Edison Grocery Center Operating Partnership I, L.P. Roderick Lee, Shavaughn Angelle, John Does (1-3), ABC Company and XYZ Company<br><br>20-C-02973-S6<br><br>Our File No. 3558.0446 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | R. Michael Coker, Esq.<br>THE LAW OFFICES OF R. MICHAEL COKER, LLC<br>90 Langley Drive<br>Lawrenceville, GA 30046<br>Email: coker@coker-law.com<br><br>Richard E. Zelonka, Jr., Esq.<br>Molly L. Moyer, Esq.<br>Jenna M. Fowler, Esq.<br>WOOD, SMITH, HENNING & BERMAN LLP<br>1230 Peachtree Street<br>Suite 925<br>Atlanta, GA 30309<br>Email: rzelonka@wshblaw.com<br>Email: mmoyer@wshblaw.com<br>Email: jfowler@wshblaw.com |
| Marsha Calloway, individually and as administrator of the estate of Terrance Calloway v. Target Corporation, Northlake Anesthesia Professionals, LLC and Daniel Marshburn, M.D.<br><br>20-C-06688-S3<br><br>Our File No. 4200.0014 | Honorable Carla E. Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Jerome D. Lee, Esq.<br>TAYLOR LEE & ASSOCIATES, LLC<br>6855 Jimmy Carter Boulevard<br>Suite 2150<br>Norcross, GA 30071<br>Email: jerome@htlweb.com<br><br>M. Scott Bailey, Esq.<br>Bailey B. Sabulis, Esq.<br>HUFF, POWELL, BAILEY, LLC<br>999 Peachtree Street, NE, Suite 950<br>Atlanta, GA 30318<br>Email: sbailey@huffpowellbailey.com<br>Email: bsabulis@huffpowellbailey.com |
| Edgar Castillo v. Brian K. Williams, Individually,<br>and Brian K. Williams as Agent of Greater Atlanta Christian School<br><br>20-C-04526-S4<br><br>Our File No. 16000.0620 | Honorable Ronda Colvin Leary<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Carlos L. Corless, Esq.<br>LAW OFFICE OF CARLOS L. CORLESS<br>2951 Flowers Road South, Ste. 200<br>Atlanta, GA 30341<br>Email: carlos@corlesslegal.com |
| Kameron Clarke v. Argos USA LLC d/b/a Ready Mix Concrete Company, Ace American Insurance Company, and Jerkina Everett<br><br>20-C-03813-S1 | Honorable Emily J. Brantley<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Michael L. Goldberg, Esq.<br>Eric J.D. Rogers, Esq.<br>Adam P. Smith, Esq.<br>FRIED GOLDBERG LLC<br>Three Alliance Center<br>3550 Lenox Road, Suite 1500<br>Atlanta, GA 30326-4302 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 3670.0008 | | Email: adam@friedgoldberg.com<br>Email: michael@friedgoldberg.com<br>Email: eric@friedgoldberg.com |
| Jane Doe v. Banyan Tree Management, LLC, Albany Downtown Hotel Partners, LLC and John Doe<br><br>19-C-04673-S3<br><br>Our File No. 3750.0009 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>Division S3<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Charles L. Clay, Jr., Esq.<br>PRATT CLAY, LLC<br>4401 Northside Parkway<br>Suite 520<br>Atlanta, GA 30327<br>Email: chuck@prattclay.com<br><br>Micajah D. Boatright, Esq.<br>Roland Christensen, Esq.<br>Joseph R. McGowin, IV, Esq.<br>ARNOLD & ITKIN LLP<br>6009 Memorial Drive<br>Houston, TX 77007<br>Email: cboatright@arnolditkin.com<br>Email: rchristensen@arnolditkin.com<br>Email: jmcgowin@arnolditkin.com |
| Alicia Eiland v. The Kroger Co., Nigel T. Vereen, ABC Corporation, and John Does #1-3<br><br>21-C-04239-S5<br><br>Our File No. 3558.0500 | Honorable Pamela D. South<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Rachel Deloach, Esq.<br>MONGE & ASSOCIATES<br>8205 Dunwoody Place<br>Building 19<br>Atlanta, GA 30350<br>Email: rachel@monge.lawyer |
| Encompass Home & Auto Insurance Company a/s/o Robert & Julie Kennedy<br><br>19-C-06751-S2<br><br>Our File No. 4475.0001 | Honorable Shawn F. Bratton<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Christopher Rentschler, Esq.<br>RONALD W. PARNELL, PC<br>Post Office Drawer 81085<br>Conyers, GA 30013<br>Email: th@rwpsubro.com |
| Michael Floyd and Mary Floyd, Individually and as Natural Parents and Next Friends of Jacob Floyd, a minor, and Jacob Floyd<br>v. Precision Turf, LLC, c/o RA Jonathan Holland<br><br>20-C-05585-S3<br><br>Our File No. 853.0022 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>Division S3<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Thomas A. Nash, Jr., Esq.<br>NASH LAW FIRM, P.C.<br>340 Eisenhower Drive, Suite 800<br>Savannah, GA 31406<br>Email: tnash@nashlawfirm.com<br>Andrew D. Horowitz, Esq.<br>Taylor T. Hanks, Esq.<br>DREW, ECKL & FARNHAM, LLP<br>303 Peachtree Street, N.E., Ste. 3500<br>Atlanta, GA 30308<br>Email: HanksT@deflaw.com<br>Email: HorowitzA@deflaw.com<br><br>Christine L. Mast, Esq.<br>HAWKINS PARNELL & YOUNG, LLP<br>303 Peachtree Street, N.E.<br>Ste. 400<br>Atlanta, GA 30308 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Email: CMAST@hpylaw.com<br><br>Bradley S. Wolff, Esq.<br>SWIFT, CURRIE, MCGHEE &<br>HIERS, LLP<br>The Peachtree, Ste. 300<br>1355 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Email: brad.wolff@swiftcurrie.com<br><br>Franklin D. Miller, Esq.<br>FRANKLIN D. MILLER LAW, LLC<br>P.O. Box 443<br>Milledgeville, GA 31059<br>Email:<br>fdmiller@franklindmillerlaw.com<br><br>Patrick M. Phillips, Esq.<br>GREENFIELD, BOST & KLIROS,<br>P.C.<br>980 Hammond Drive, N.E.<br>Ste 740<br>Atlanta, GA 30328<br>Email: pphillips@gbklaw.com |
| Alyssa Green v. USA Parking System,<br>Inc. (TN) and John Doe<br><br>19-C-00862-S3<br><br>Our File No. 3221.0025 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Tiffany M. Robinson, Esq.<br>MORGAN & MORGAN<br>ATLANTA, PLLC<br>P.O. Box 57007<br>Atlanta, GA 30343-1007<br>Email: tmrobinson@forthepeople.com<br><br>William T. Casey, Jr., Esq.<br>Kevan G. Dorsey, Esq.<br>SWIFT, CURRIE, MCGHEE<br>& HIERS, LLP<br>1355 Peachtree Street, NE, Suite 300<br>Atlanta, GA 30309<br>Email: bill.casey@swiftcurrie.com |
| Robin Herron v. The Kroger Company<br><br>21-C-01246-S5<br><br>Our File No. 3558.0490 | Honorable Pamela D. South<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Philip A. Pendergrass, Jr., Esq.<br>Ashton A. Revollo, Esq.<br>THE PENDERGRASS LAW FIRM,<br>PC<br>45 Technology Parkway South<br>Suite 230<br>Peachtree Corners, GA 30092<br>Email: philip@georgiatrialfirm.com<br>Email: ashton@georgiatrialfirm.com |
| Charlotte Holliman v. The Kroger Co.<br>and Southern Cleaning Service, Inc.<br><br>21-C-03076-S5 | Honorable Pamela D. South<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Adam P. Princenthal, Esq.<br>PRINCENTHAL, MAY & WILSON,<br>LLC<br>750 Hammond Drive |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 3558.0493 | | Building 12, Suite 200<br>Sandy Springs, GA 30328<br>Email: adam@princemay.com<br><br>Jon H. Patterson, Esq.<br>BRADLEY ARANT BOULT<br>CUMMINGS LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203-2119<br>Email: jpatterson@bradley.com |
| Carolyn James and Terry White,<br>Individually, and Terry White, as<br>Administrator of the Estate of Theresa<br>White v. Roberta Operator, LLC, GBD,<br>LLC, Mission Health of Georgia, LLC,<br>Mission Health Communities, LLC,<br>Rose Marie Smith, LPN, Elisa Willis<br>Jones, RN, Robert Kraft, LNHA, and<br>Marcy Hikes Matthews, LNHA<br><br>21-C-06038<br><br>Our File No. 3530.0023 | Honorable Ronda Colvin Leary<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Lance D. Lourie, Esq.<br>Suzanne T. Fink, Esq.<br>Andrew J. King, Esq.<br>WATKINS, LOURIE, ROLL &<br>CHANCE, PC<br>5607 Glenridge Drive<br>Suite 500<br>Atlanta, GA 30342<br>Email: ldl@wlr.net<br>Email: sf@wlr.net<br>Email: ajk@wlr.net |
| B.J., An Adult Female v. Park at Tara<br>Lake Owner, LLC<br>Pinnacle Property Management<br>Services, LLC, Rich Camacho and XYZ<br>Security<br><br>20-C-02271-S1<br><br>Our File No. 3556.0435 | Honorable Emily J. Brantley<br>Judge, State Court of Gwinnett County<br>Division S1<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Shean D. Williams, Esq.<br>Gary B. Andrews, Esq.<br>Mecca S. Anderson, Esq.<br>THE COCHRAN FIRM-ATLANTA<br>100 Peachtree Street, NW<br>Suite 2600<br>Atlanta, GA 30303<br>Email: SWilliams@cochranfirmatl.com<br>Email:<br>GAndrews@cochranfirmatl.com<br>Email:<br>MAnderson@cochranfirmatl.com |
| E.J., An Adult Female v. Park at Tara<br>Lake Owner, LLC<br>Pinnacle Property Management<br>Services, LLC, Rich Camacho and XYZ<br>Security<br><br>20-C-02281-S1<br><br>Our File No. 3556.0435 | Honorable Emily J. Brantley<br>Judge, State Court of Gwinnett County<br>Division S1<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Shean D. Williams, Esq.<br>Gary B. Andrews, Esq.<br>Mecca S. Anderson, Esq.<br>THE COCHRAN FIRM-ATLANTA<br>100 Peachtree Street NW<br>Suite 2600<br>Atlanta, GA 30303<br>Email: SWilliams@cochranfirmatl.com<br>Email:<br>GAndrews@cochranfirmatl.com<br>Email:<br>MAnderson@cochranfirmatl.com |
| Patrina Jarrett and Jermaine Crook v.<br>Target Corporation, John Doe 1 and<br>John Doe 2<br><br>20-C-06128-S4 | Honorable Ronda Colvin Leary<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | J. Wickliffe Cauthorn, Esq.<br>THE CAUTHORN FIRM<br>1984 Howell Mill Road<br>P.O. Box 20059<br>Atlanta, GA 30325 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 4200.0019 | | Email: wick@thecauthornfirm.com |
| Brande A. Jones v. Betty J. Morris and Harvey A. Morris<br><br>18-C-03834-S6<br><br>Our File No. 3011.0003 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Nola D. Jackson, Esq.<br>Michael L. Werner, Esq.<br>WERNER WETHERINGTON, P.C.<br>2860 Piedmont Road<br>Atlanta, GA 30305<br>Email: nola@wernerlaw.com<br><br>Craig N. Cowart, Esq.<br>LAW OFFICE OF NANCY W. PHILLIPS<br>3200 Windy Hill Road NE<br>Suite 925E<br>Atlanta, GA 30339<br>Email: Craig.Cowart@allstate.com |
| Nicole Lehner v. Target Corporation, James Shaffer, and Jane Doe<br><br>20-C-07599-S3<br><br>Our File No. 4200.0021 | Honorable Carla E. Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Lloyd Hoffspiegel, Esq.<br>Alexander Hoffspiegel, Esq.<br>HOFFSPIEGEL LAW<br>2900 Chamblee Tucker Rd.<br>Bldg. 15<br>Atlanta, GA 30341<br>Email: lf@hoff-law.com<br>Email: ah@hoff-law.com |
| Duane A. Marcus v. Dillard M. Cook, The Comtran Group, Inc, and John Doe<br><br>18-C-03811-6<br><br>Our File No. 853.0001 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Charles Scholle, Esq.<br>Todd Shugart. Esq.<br>CHARLES SCHOLLE LAW<br>6340 Sugarloaf Parkway<br>Suite 200<br>Duluth, GA 30097<br>Email: cscholle@schollelaw.com<br>Email: tshugart@schollelaw.com<br><br>Gary M. Cooper, Esq.<br>GARY M. COOPER, P.C.<br>3991 Saint Andrews Square<br>Duluth, GA 30096<br>Email: garymcooper@gmail.com |
| Shanique Mayes, individually and as next of kin and natural parent on behalf on McKenzie Mayes, a minor v. Contour Eastwyck, LLC and Eastwyck Village Apartments<br><br>20-C-04895-S2<br><br>Our File No. 4460.0029 | Honorable Shawn F. Bratton<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Gary B. Andrews, Esq.<br>Shean D. Williams, Esq.<br>Mecca S. Anderson, Esq.<br>THE COCHRAN FIRM<br>100 Peachtree Street NW, Suite 2600<br>Atlanta, GA 30303<br>Email: swilliams@cochranfirmatl.com<br>Email: gandrews@cochranfirmatl.com<br>Email:<br>manderson@cochranfirmatl.com<br><br>Glenn C. Tornillo, Esq.<br>Dominko C. Rumph, Esq. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | J. Ross Cruser, Esq.<br>CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON, & ZIMET, LLP<br>Meridian II, Suite 2000<br>Norcross, GA 30092<br>Email: gtornillo@cmlawfirm.com<br>Email: drumph@cmlawfirm.com |
| Sarah Nsah v. Clyde Jordan and Argos USA LLC<br><br>21-C-03983-S5<br><br>Our File No.: 3670.0012 | Honorable Pamela D. South<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Nicholas Schnyder, Esq.<br>Drew Gilliland, Esq.<br>NICK SCHNYDER LAW FIRM, LLC<br>351 Atlanta Street SE<br>Marietta, GA 30060<br><br>James Merritt, Jr., Esq.<br>Cody M. McCollum, Esq.<br>VERNIS & BOWLING OF ATLANTA, LLC<br>30 Perimeter Park Drive, Suite 200<br>Atlanta, GA 30341<br>Email: JMerritt@Georgia-Law.com<br>Email: CMcCollum@Georgia-Law.com |
| Trina Peavy, Individually, and Rhonda Perry, Individually, and as Administrator of the Estate of Judy Shiver v. Meadowbrook Operator, LLC, GBD, LLC, Mission Health of Georgia, LLC, Mission Health Communities, LLC, Frederick K. Youngman, LNHA, and Trent Thomason, LD<br><br>21-C-06055-S5<br><br>Our File No. 3530.0024 | Honorable Pamela D. South<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Lance D. Lourie, Esq.<br>Suzanne T. Fink, Esq.<br>Andrew J. King, Esq.<br>WATKINS, LOURIE, ROLL & CHANCE, PC<br>5607 Glenridge Drive<br>Suite 500<br>Atlanta, GA 30342<br>Email: ldl@wlr.net<br>Email: sf@wlr.net<br>Email: ajk@wlr.net |
| Renee Ross v. Ace American Insurance Company, Corrpro and Joel Evans Williams, III<br><br>20-C-00873-S1<br><br>Our File No. 3556.0436 | Honorable Emily J Brantley<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Matthew B. Stoddard, Esq.<br>Janelle E. Zabresky, Esq.<br>THE STODDARD FIRM<br>5447 Roswell Road<br>Suite 204<br>Atlanta, GA 30342<br>Email: matt@legalHelpGA.com<br>Email: janelle@legalHelpGA.com |
| Jason Seagle v. Cincinnati Insurance Company, The H.T. Hackney Company, and Daniel Hendershot<br><br>19-C-06870-S2<br><br>Our File No. 3024.0025 | Honorable Shawn F. Bratton<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Jeff P. Shivers, Esq.<br>SHIVER HAMILTON, LLC<br>One Securities Centre<br>3490 Piedmont Rd., Suite 640<br>Atlanta, GA 30305<br>Email: jeff@shiverhamilton.com<br><br>Arman Deganian, Esq.<br>LITNER + DEGANIAN, PC<br>1776 Briarcliff Road |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Atlanta, GA 30306<br>Email: arman@litnerlaw.com<br><br>Janie Hagood, Esq.<br>SWIFT, CURRIE, MCGHEE, &<br>HIERS, LLP<br>1355 Peachtree Street, NE, Suite 300<br>Atlanta, GA 30309<br>Email: Janie.hagood@swiftcurrie.com<br><br>Tina Cheng, Esq.<br>NALL & MILLER, LLP<br>235 W Peachtree St., NW<br>Suite 1500<br>Atlanta, GA 30303<br>Email: tcheng@nallmiller.com |
| Mechelle Thomas v. Eastgate<br>Apartments LTD (LP), LRC Eastgate<br>LLC, LRC Eastgate MM, LLC, and<br>Envolve Community Management<br><br>21-C-03295-S2<br><br>Our File No. 3524.0001 | Honorable Shawn F. Bratton<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Jeremy E. Pineres, Esq.<br>W. Calvin Smith II, Esq.<br>W. CALVIN SMITH II, PC<br>3560 Lenox Road NE, Suite 3020<br>Atlanta, GA 30326<br>Email: jpineres@calvinsmithlaw.com<br>Email: info@calvinsmithlaw.com |
| Steven Wells v. Greenwich Insurance<br>Company, et al.<br><br>19-C-00819-S6<br><br>Our File No. 3221.0026 | Honorable Veronica Cope<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Miguel Dominguez, Esq.<br>MORGAN & MORGAN ATLANTA,<br>PLLC<br>Post Office Box 57007<br>Atlanta, GA 30343-1007<br>Email:<br>mdominguez@fortepeople.com |
| Adrian K. Williams v. CGL Companies,<br>LLC, et al.<br><br>20-C-01167-S3<br><br>Our File No. 3556.0437 | Honorable Carla Brown<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | J. Blair Craig, Esq.<br>WOOD CRAIG & AVERY, LLC<br>3520 Piedmont Road, NE<br>Suite 280<br>Atlanta, GA 30305<br>Email: blair@woodcraig.com<br><br>Kathleen Edwards-Opperman, Esq.<br>MONTLICK & ASSOCIATES, P.C.<br>17 Executive Park Drive<br>Suite 300<br>Atlanta, GA 30329<br>Email: kopperman@montlick.com<br><br>Kelvin L. Newsome, Esq.<br>O'HAGAN MEYER<br>411 East Franklin Street<br>Suite 500<br>Richmond, Virginia 23219<br>Email: knewsome@ohaganmeyer.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| David Years, as the Administrator of the Estate of Christopher Years, Deceased, Tony Benton and Gail Benton, as the Administrators of the Estates of Ashley Years, deceased, and Luna Years, deceased and minors Nolie Years and Michael Years and Spencer Years, by and through their Appointed Guardian, Tony Benton and Gail Benton v. Michelin Corporation, Michelin North America, Inc., Mike Bell Chevrolet, Inc. and M and M Auto Superstore, LLC<br><br>21-C-02435-S2<br><br>Our File No.: 16000.0632 | Honorable Shawn F. Bratton<br>Judge, State Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Bradley W. Pratt, Esq.<br>Charles L. Clay, Jr., Esq.<br>PRATT CLAY, LLC<br>4401 Northside Parkway, Suite 520<br>Atlanta, GA 30327<br>Email: bradley@prattclay.com<br>Email: chuck@prattclay.com<br><br>John B. Jackson, Esq.<br>LAW OFFICE OF JOHN B. JACKSON<br>110 Wagon Yard Plaza<br>Carrollton, GA 30117<br>Email: john@johnbjacksonlaw.com |
| **Superior Court of Gwinnett County** | **Judge** | **Opposing Counsel** |
| Allstate Vehicle and Property Company a/s/o Beth Graham v. Whirlpool & Robertshaw Controls<br><br>21-A-04764-3<br><br>Our File Number: 4475.0008 | Honorable Deborah R. Fluker<br>Judge, Superior Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Christopher Rentschler, Esq.<br>RONALD W. PARNELL, P.C.<br>Post Office Drawer 81085<br>Conyers, GA 30013<br>Email: th@rwpsubro.com |
| Allstate Insurance Company a/s/o Julie Hatcher v. Whirlpool & Robertshaw Controls<br><br>21-A-07569-11<br><br>Our File Number: 4475.0013 | Honorable Angela D. Duncan<br>Judge, Superior Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Christopher Rentschler, Esq.<br>RONALD W. PARNELL, P.C.<br>Post Office Drawer 81085<br>Conyers, GA 30013<br>Email: th@rwpsubro.com |
| Allstate Fire and Casualty Insurance Company a/s/o Jodi Holmes v. Whirlpool Corporation and Robertshaw Controls Company<br><br>21-A-07081-3<br><br>Our File Number: 4475.0003 | Honorable Deborah R. Fluker<br>Judge, Superior Court of Gwinnett County<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Christopher Rentschler, Esq.<br>RONALD W. PARNELL, P.C.<br>Post Office Drawer 81085<br>Conyers, GA 30013<br>Email: th@rwpsubro.com |
| Allstate Fire and Casualty Insurance Company a/s/o Jessica Munro v. Whirlpool & Robertshaw Controls<br><br>21-A-02112-3<br><br>Our File Number: 4475.0009 | Honorable Deborah R. Fluker<br>Judge, Superior Court of Gwinnett County<br>Gwinnett County Courthouse<br>75 Langley Drive<br>Lawrenceville, GA 30046 | Christopher Rentschler, Esq.<br>RONALD W. PARNELL, P.C.<br>Post Office Drawer 81085<br>Conyers, GA 30013<br>Email: th@rwpsubro.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Xtreme Asset Holdings, LLC v. Omni Group North America, LLC, Guerdy Claimon, Oliver D. Banks, Olivia France, The Office of Eric McGlothen, CPA, LLC, Eric McGlothen, LLC, Eric McGlothen, Management Services & Solutions, Inc., Hybrid Transport International, Inc., and Adecco USA, Inc.<br><br>16-A12174-11<br><br>Our File No.: 3011.0008 | Honorable Angela D. Duncan Judge, Superior Court of Gwinnett County 75 Langley Drive Lawrenceville, GA 30046 | Mary Donne Peters, Esq. Michael H. Gorby, Esq. Sarah Phaff, Esq. Whitney Arp, Esq. GORBY, PETERS & ASSOCIATES, LLC 1175 Peachtree St NE, 10th Floor, Suite 1000 Atlanta, GA 30361 Email: mpeters@gorbypeters.com Email: mgorby@gorbypeters.com |
| **Superior Court of Hall County** | **Judge** | **Opposing Counsel** |
| Dorothy P. Buckman, an individual, and Herbert C. Buckman, Sr., her husband, an individual v. Red Mountain (Tennessee Carefree), LLC, d/b/a Carefree Boat Sales, a Foreign Limited Liability Company, Denali Marine Group, LLC, d/b/a Coach Pontoons, a Foreign Limited Liability Company, and Kevcon Corporation, a Foreign Corporation<br><br>2021CV852J<br><br>Our File No.: 3556.0449 | Honorable Bonnie Chessher Oliver Judge, Superior Court of Hall County 225 Green St., SE Gainesville, GA 30501 | John M. Phillips, Esq. William K. Walker, Esq. LAW OFFICE OF JOHN M. PHILLIPS, LLC 212 N. Laura Street Jacksonville, FL 32202 Email: jphillips@floridajustice.com Email: william@floridajustice.com Email: melissa@floridajustice.com |
| Inez Phillips, Susan Phillips and Jessi Phillips Pearson, Executor of the Estate of Robert Phillips v. The Jackson County School District, Bowen & Watson, Inc., Carroll Daniel Construction Co. and Simpson Trucking and Grading, Inc.<br><br>2020CV1992W<br><br>Our File No. 853.0019 | Honorable Clint G. Bearden Judge, Superior Court of Hall County 225 Green Street, SE Gainesville, GA 30501 | Larry E. Stewart, Esq. LARRY E. STEWART & ASSOCIATES 485 South Perry Street, Suite B Lawrenceville, GA 30046 Email: lstewartpc@bellsouth.net<br><br>C. Bradford Marsh, Esq. Myrece R. Johnson, Esq. Sara Alexandre, Esq. SWIFT, CURRIE, McGHEE & HIERS, LLP Suite 300, The Peachtree 1355 Peachtree Street, N.E. Atlanta, GA 30309-3231 Email: brad.marsh@swiftcurrie.com Email: myrece.johnson@swiftcurrie.com |
| **Superior Court of Haralson County** | **Judge** | **Opposing Counsel** |
| Lonnie Clay Daniell and Elise Diane Daniell v. Darel Dean Grissom; Wayne Davis Concrete Co.; John Doe; Jane | Honorable Meng Lim Judge, Superior Court of Haralson County | John W. Sherrod, Esq. Stephanie R. Thompson, Esq. 8470 Price Avenue |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Doe; ABC Corporation; and XYZ Corporation<br><br>SUCV2021000237<br><br>Our File No. 4485.0015 | 4485 Georgia Highway 120<br>P.O. Box 849<br>Buchanan, GA 30113 | P.O. Box 1154<br>Douglasville, GA 30133-1154<br>Email:<br>jsherrod@sherrodandbernard.com<br>Email:<br>sthompson@sherrodandbernard.com |
| Jana Harris v. Broadstreet Contract Services, Inc. and Dustin Whitefield<br><br>SUCV2021000382<br><br>Our File No. 853.0033 | Honorable Mark H. Murphy<br>Judge, Superior Court of Haralson County<br>Polk County Courthouse No. 1<br>100 Prior Street, Suite 105<br>Cedartown, GA 30125 | Steven Loube, Esq.<br>Michael M. Calabro, Esq.<br>LOWE LAW FIRM, P.C.<br>3644 Chamblee Tucker Road<br>Suite F<br>Atlanta, GA 30341<br>Email: steven@lowelawatl.com<br>Email: calabro@lowelawatl.com |
| **State Court of Houston County** | **Judge** | **Opposing Counsel** |
| Kenneth Calhoun v. The Kroger Co.<br><br>2021-V-53123<br><br>Our File No. 3558.0494 | Honorable Jason E. Ashford<br>Judge, State Court of Houston County<br>202 Carl Vinson Pkwy<br>Warner Robins, GA 31088 | David T. Dorer, Esq.<br>DOZIER LAW FIRM, LLC<br>327 Third Street<br>P.O. Box 13<br>Macon, GA 31202<br>Email: dorer@dozierlaw.com |
| **Superior Court of Lanier County** | **Judge** | **Opposing Counsel** |
| Harriett Hendley v. Ivey & Dencie's Properties, LLC., Beth and Marvin Gay d/b/a M & B Wings and Things, and John Does Nos 1-10<br><br>CE-21-105<br><br>Our File Number: 3011.0006 | **No Judge Information Available**<br><br>Superior Court of Lanier County<br>56 W Main Street, #5<br>Lakeland, GA 31635 | David Dozier, Esq.<br>THE DOZIER LAW FIRM, LLC<br>235 West Roosevelt Ave., Suite 100<br>Albany, GA 31701<br>Email: david@dozierlaw.com<br><br>Leslie Kennerly, Esq.<br>YOUNG, THAGARD, HOFFMAN, LLP<br>P.O. Box 3007<br>Valdosta, GA 31604<br>Email:<br>lesliekennerly@youngthagard.com |
| **Superior Court of Laurens County** | **Judge** | **Opposing Counsel** |
| Chavonna Axson v. Envolve Community Management, LLC<br><br>20-CG-0841-DG<br><br>Our File No. 3525.0011 | Honorable Donald W. Gillis<br>Judge, Superior Court of Laurens County<br>Laurens County Courthouse<br>P.O. 2015<br>Dublin, GA 31040 | Harold L. Johnson, Esq.<br>WAKHISI-DOUGLAS, LLC<br>2002 Summit Blvd., Suite 300<br>Atlanta, GA 30319<br>Email: hljohnson@wdatlaw.com |
| Reginald Bloodsaw v. Envolve Community Management, LLC f/k/a Ledic Realty Company, LLC, a foreign limited liability corporation, Oconee Park Partners, LP, a Georgia limited | Honorable Donald W. Gillis<br>Judge, Superior Court of Laurens County<br>101 North Jefferson Street<br>Suite #2<br>Dublin, GA 31021 | Melvin L. Hewitt, Jr., Esq.<br>Hilary W. Hunter, Esq.<br>Richard J. Crowson, Esq.<br>Mary T. Minter, Esq.<br>ISENBERG & HEWITT, P.C. |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| partnership, and John Does Nos. 1 through 5<br><br>21-CG-0506-DG<br><br>Our File No. 3525.0007 | | 600 Embassy Row<br>Suite 150<br>Atlanta, GA 30328<br>Email: mel@isenberg-hewitt.com<br>Email: hilary@isenberg-hewitt.com<br>Email: rick@isenberg-hewitt.com |
| Keshia Holliman v. Envolve Community Management, LLC<br><br>20-CG-0709-DG<br><br>Our File No. 3525.0010 | Honorable Donald W. Gillis<br>Judge, Superior Court of Laurens County<br>Laurens County Courthouse<br>P.O. 2015<br>Dublin, GA 31040 | June L. James, Esq.<br>WAKHISI-DOUGLAS, LLC<br>2002 Summit Blvd., Suite 300<br>Atlanta, GA 30319<br>Email: jljames@wd-law.net |
| Amber Robinson v. Envolve Community Management, LLC<br><br>21-CG-0101-JG<br><br>Our File No.: 3525.0015 | Honorable Judson L. Greene, IV<br>Judge, Superior Court of Laurens County<br>Laurens County Courthouse<br>P.O. 2015<br>Dublin, GA 31040 | June L. James, Esq.<br>Chuck M. Douglas, Esq.<br>WAKHISI-DOUGLAS, LLC<br>2002 Summit Blvd., Suite 300<br>Atlanta, GA 30319<br>Email: jljames@wd-law.net<br>Email: cmdouglas@wd-law.net |
| **Superior Court of Madison County** | **Judge** | **Opposing Counsel** |
| Isabella Becall-Johns v. Brenau University, Inc. and Kevin Holloman<br><br>14MV00403<br><br>Our File No. 16000.0506 | Honorable Harvey S. Wasserman<br>Judge, Superior Court of Madison County<br>Northern Judicial Circuit<br>Madison County Gov't Center<br>91 Albany Avenue<br>Danielsville, GA 30633 | Dennis T. Cathey, Esq.<br>Matthew A. Cathey, Esq.<br>CATHEY & STRAIN, P.C.<br>649 Irvin Street<br>P.O. Box 689<br>Cornelia, GA 30531<br>Email: dcathey@catheyandstrain.com<br>Email: mcathey@catheyandstrain.com<br><br>G. Hammond Law III, Esq.<br>WHITMER AND LAW<br>539 Green Street<br>Gainesville, GA 30501<br>Email: lawhammond@bellsouth.net<br><br>Graham McKinnon IV, Esq.<br>FOX, CHANDLER, HOMANS,<br>HICKS & MCKINNON, LLP<br>P.O. Box 2515<br>Gainesville, GA 30503<br>Email: gmck@tfchh.com |
| **Superior Court of Monroe County** | **Judge** | **Opposing Counsel** |
| Melissa Falcon v. Envolve Community Management LLC<br><br>SUCV2021000231<br><br>Our File No. 3525.0014 | Honorable William A. Fears<br>Judge, Superior Court of Monroe County<br>Towaliga Judicial Circuit<br>Butts County Courthouse<br>P. O. Box 531<br>Jackson, GA 30233 | Sarah E. Hendrickson, Esq.<br>Jan P. Cohen, Esq.<br>KENNETH S. NUGENT, P.C.<br>4227 Pleasant Hill Road<br>Building 11<br>Duluth, GA 30096<br>Email:<br>shendrickson@attorneykennugent.com |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | Email: jcohen@attorneykennugent.com |
|---|---|---|
| **State Court of Muscogee County** | **Judge** | **Opposing Counsel** |
| Hundley v. Rusty Abernathy and Rusty's Floor Covering, Inc.<br><br>SC-2020-CV-676<br><br>Our File No. 16000.0618 | Honorable Ben Richardson<br>Judge, State Court of Muscogee County<br>100 E 10th Street<br>Columbus, GA 31901 | Neal J. Callahan, Esq.<br>WALDREP, MULLIN &<br>CALLAHAN, LLC<br>111 Twelfth Street<br>Suite 300<br>Post Office Box 351<br>Columbus, GA 31902-0351<br>Email: njc@waldreplullin.com |
| **Superior Court of Muscogee County** | **Judge** | **Opposing Counsel** |
| Martha Horne v. CCBCC Operations, LLC and Publix Super Markets, Inc.<br><br>SU-18-CV-1841<br><br>Our File Number: 3556.0444 | Honorable William C. Rumer<br>Judge, Superior Court of Muscogee County<br>100 E. 10th Street<br>Columbus, GA 31901 | William A. Buchanan, Esq.<br>BILL BUCHANAN, LLC<br>P.O. Box 5581<br>Columbus, GA 31906<br>Email: bill@billbuchananlaw.com<br><br>Christopher R. Breault, Esq.<br>THE BREAULT LAW FIRM<br>945 Broadway, Suite 108<br>Columbus, GA 31901<br>Email: chris@attorneychris.com<br><br>Kimberly Sheridan, Esq.<br>Michelle LeGault, Esq.<br>VERNIS & BOWLING OF<br>ATLANTA, LLC<br>30 Perimeter Park Drive, Suite 200<br>Atlanta, GA 30341<br>Email: ksheridan@georgia-law.com<br>Email: mlegault@georgia-law.com |
| **Superior Court of Newton County** | **Judge** | **Opposing Counsel** |
| Kevin Baxter, Individually, and Go Fast Industries, Inc. d/b/a Pro Twin Performance Products v. Grady Edwin Turner III, Individually And Ed's Power Sports, Inc. d/b/a Mall Of Georgia Indian Motorcycle<br><br>SUCV2021000405<br><br>Our File No.: 16000.0587 | Honorable Cheveda D. McCamy<br>Judge, Superior Court of Newton County<br>1132 Usher Street NW, Room 220<br>Covington, GA 30014 | Jeffrey R. Sliz, Esq.<br>SLIZ/BRAMBLETT &<br>ASSOCIATES, LLC<br>280 Constitution Blvd.<br>P.O. Box 747<br>Lawrenceville, GA 30046<br>Email: jeff@slizlaw.com |
| **Superior Court of Paulding County** | **Judge** | **Opposing Counsel** |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Dana Bowen v. Target Corporation<br><br>21-CV-001728<br><br>Our File Number: 4200.0025 | Honorable Dean C. Bucci<br>Judge, Superior Court of Paulding County<br>Paulding County Superior Courthouse<br>280 Constitution Blvd, #1023<br>Dallas, GA 30132 | W. Darrin Keaton, Esq.<br>ALLEN TURNER LAW<br>The Historic Henderson House<br>200 E. Memorial Drive, Suite 12<br>Dallas, GA 30132<br>Email: darrin@allenturnerlaw.com |
| James Paul Penn, Jr. v. Daniel Grant<br>Kinser, Argos USA GA LLC, and Ace<br>American Insurance Company<br><br>18-CV-000512-P1<br><br>Our File No. 3670.0004 | Honorable Tony S. Beavers<br>Judge, Superior Court of Paulding County<br>280 Constitution Blvd.<br>Dallas, GA 30132 | Evan T. Rosenberg, Esq.<br>MORGAN & MORGAN ATLANTA<br>PLLC<br>P.O. Box 57007<br>Atlanta, GA 30343<br>E-mail: erosenberg@forthepeople.com |
| **Superior Court of Peach County** | **Judge** | **Opposing Counsel** |
| Robert S. Skinner, Jr., Individually and<br>as Administrator of the Estate of Robert<br>S. Skinner, Sr. v. Fort Valley Operator,<br>LLC d/b/a Fort Valley Health and<br>Rehabilitation a/k/a Fort Valley<br>Healthcare Center and Mission Health of<br>Georgia, LLC d/b/a Fort Valley Health<br>and Rehabilitation a/k/a Fort Valley<br>Healthcare Center<br><br>14-v-0163<br><br>Our File No. 3530.0006 | Honorable Connie Willis<br>Judge, Superior Court of Peach County<br>205 W Church Street<br>Fort Valley, GA 31030 | Philip M. Brown, Esq.<br>O'NEAL & BROWN, P.C.<br>778 Mulberry St.<br>Suite 1001<br>Macon, GA 31201<br>Email: phil@onealbrownlaw.com<br><br>Jarome E. Gautreaux, Esq.<br>GAUTREAUX LAW, LLC<br>778 Mulberry Street<br>Macon, GA 31201<br>Email: jarome@gautreauxlawfirm.com<br><br>David N. Nelson, Esq.<br>CHAMBLESS HIGDON<br>RICHARDSON KATZ & GRIGGS<br>P.O. Box 18086<br>Macon, GA 31209-8086<br>Email: DNelson@chrkglaw.com |
| **Superior Court of Pulaski County** | **Judge** | **Opposing Counsel** |
| Brandice Carter and Jeleyia Thompson,<br>a minor by and through her next friend<br>Brandice Carter v. Children's World<br>Learning Center<br><br>2019V-15760<br><br>Our File No. 3011.0001 | Honorable C. Michael Johnson<br>Judge, Superior Court of Pulaski County<br>350 Commerce Street<br>Hawkinsville, GA 31036 | F. Leonard Morris, Jr. Esq.<br>THE LAW OFFICES OF F.<br>LEONARD MORRIS, JR.<br>P.O. Box 7409<br>Tifton, GA 31793<br>Email: morislaw@friendlycity.net |
| **State Court of Rockdale County** | **Judge** | **Opposing Counsel** |
| Jabea Luma Orock v. Tomas Antonio<br>Sanchez and E.R. Snell Contractor, Inc.<br><br>2020-SV-2591 | Honorable Nancy N. Bills<br>Judge, State Court of Rockdale County<br>Rockdale County Courthouse<br>922 Court St., Room 305<br>Conyers, GA 30012 | Evan Rosenberg, Esq.<br>MORGAN & MORGAN ATLANTA,<br>PLLC<br>191 Peachtree Street NE, Suite 4200<br>Atlanta, GA 30303 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Our File No. 4485.0009 | | Email: erosenberg@forthepeople.com |
| **Superior Court of Seminole County** | **Judge** | **Opposing Counsel** |
| Dach'na Pierre, Individually and Solange Estinfort as the Administrator of the Estate of Richard Pierre, Deceased v. Big Lake Contractors, et al<br><br>CV20-0140<br><br>Our File No. 3700.0002 | Honorable T. Craig Earnest Judge, Superior Court of Seminole County 200 S Knox Avenue # 8 Donalsonville, GA 39845 | A. Zakiya Watson-Caffe, Esq. WATSON LAW LLC 800 Kennesaw Avenue, NW Suite 220 Marietta, GA 30060<br><br>Patrick Dyer, Esq. PATRICK DYER P.A. 555 North Congress Avenue Suite 302 Boynton Beach, FL 33426 Email: info@dyerlaw.com<br><br>Timothy L. Buckley III, Esq. Kelly L. Christopher, Esq. BUCKLEY CHRISTOPHER, P.C. 2970 Clairmont Road, NE Suite 650 Atlanta, GA 30329 Email: kchristopher@bchlawpc.com<br><br>Joshua C. Canton, Esq. CONROY SIMBERG 126 North Broad Street Thomasville, GA 31792 Email: jcanton@conroysimber.com Email: eservicetal@conroysimberg.com |
| **State-Wide Business Court** | **Judge** | **Opposing Counsel** |
| Great American Insurance Company of New York v. Starr Surplus Lines Insurance Company<br><br>21-GSBC-0006<br><br>Our File No. 3750.0012 | Honorable Walter W. Davis Judge, Georgia State-Wide Business Court Nathan Deal Judicial Center 330 Capitol Avenue, S.E., Suite 3500 Atlanta, GA 30334 | James Ruggeri, Esq. Sarah Hunkler, Esq. SHIPMAN & GOODWIN 1875 K St NW #600 Washington, DC 20036 Email: jruggeri@goodwin.com Email: shunkler@goodwin.com<br><br>Frank C. Bedinger, Esq. Carl H. Anderson, Jr., Esq. 303 Peachtree Street, N.E. Suite 4000 Atlanta, GA 30308-3243 Email: fbedinger@hpylaw.com Email: canderson@hpylaw.com<br><br>Christopher Carroll, Esq. KENNEDYS LAW 120 Mountainview Blvd Basking Ridge, NJ 07920 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| | | Christopher.Carroll@kennedyslaw.com |
| Zep, Inc. v. Wypetech, LLC and Diversey, Inc.<br><br>21-GSBC-0032<br><br>Our File No. 3660.0004 | Honorable Walter W. Davis<br>Judge, Georgia State-wide Business Court<br>Nathan Deal Judicial Center<br>330 Capitol Avenue, S.E.<br>Suite 3500<br>Atlanta, GA 30334 | Matthew S. Yungwirth, Esq.<br>Kenneth B. Franklin, Esq.<br>DUANE MORRIS LLP<br>1075 Peachtree NE, Suite 2000<br>Atlanta, GA 30309-3929<br>Email:<br>msyungwirth@duanemorris.com<br>Email: kbfranklin@duanemorris.com<br><br>Sean S. Zabaneh, Esq.<br>Sarah O'Laughlin Kulik, Esq.<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA  19103<br>Email: sszabaneh@duanemorris.com<br>Email: sckulik@duanemorris.com<br><br>Paul D. Steinman, Esq. (pro hac vice)<br>COZEN O'CONNOR<br>One Oxford Centre<br>301 Grant Street, 41st Floor<br>Pittsburgh, Pennsylvania 15219-1410<br>Email: psteinman@cozen.com |
| **Superior Court of Whitfield County** | **Judge** | **Opposing Counsel** |
| Russell Hannah v. Controlled Products, LLC, James Watts, John Doe, and ABC, INC.<br><br>19CI01020<br><br>Our File No. 3024.0015 | Honorable Scott Minter<br>Judge, Superior Court of Whitfield County<br>Courtroom 4<br>P.O. Box 2535<br>Dalton, GA 30722-2535 | James A. Rice, Jr., Esq.<br>JAMES A. RICE, JR., PC<br>563 Spring St., NW<br>Atlanta, GA 30308<br>Email: jim@ricefirm.com<br><br>R. Leslie Waycaster, Jr., Esq.<br>R. LESLIE WAYCASTER, JR., PC<br>P.O. Box 628<br>Dalton, GA 30722<br>Email:<br>leslie@waycaster-law.com<br><br>Lisa A. Wade, Esq.<br>Jon W. Spencer, Esq.<br>SWIFT, CURRIE, MCGHEE & HEIRS, LLP<br>The Peachtree, Suite 300<br>1355 Peachtree Street, N.E.<br>Atlanta, GA 30309<br>Email: Lisa.Wade@swiftcurrie.com<br>Email: Jon.Spencer@swiftcurrie.com |
| Vansh Vihaan, LLC v. Dalton GA Hotels, LLC, Ascent Hospitality Management Co., LLC,<br>Paul Haney Construction, Inc., | Honorable Jim Wilbanks<br>Judge, Superior Court of Whitfield County<br>Courtroom 3<br>P.O. Box 6127 | David L. Rusnak Esq.<br>DREW ECKL & FARNHAM, LLP<br>303 Peachtree St. NE<br>Suite 3500<br>Atlanta, GA 30308 |

**Matthew G. Moffett, Esq.**
**Leave of Absence - Exhibit A**
*Cases Listed by Court and Alphabetically*

| | | |
|---|---|---|
| Ioan Tampa aka John Tampa and Allied Underground Services, LLC and Paul Haney Construction, Inc. v. Allied Underground Services, LLC v. Stearns Bank, National Association<br><br>18CI01448<br><br>Our File No.: 16000.0588 | Dalton, GA 30722-6127 | Email: rusnakd@deflaw.com<br><br>Robert G. McCurry, Esq.<br>THE MCCURRY LAW FIRM, LLC<br>P.O. Box 6188<br>Dalton, GA 30722-6124<br>Email: rmccurry@mccurrylaw.com<br><br>April Rich, Esq.<br>LAW OFFICES OF MCLAUGHLIN & REAM<br>P.O. Box 7217<br>London, KY 40742<br>Email: mclaughlinelectronicmail@libertymutual.com<br><br>R. Leslie Waycaster, Esq.<br>R. LESLIE WAYCASTER, JR, P.C.<br>P.O. Box 628<br>Dalton, GA 30722<br>Email: leslie@waycaster-law.com<br><br>Jonathan L Bledsoe, Esq.<br>Brittany M. Dant, Esq.<br>THE MINOR FIRM<br>PO Box 2586<br>Dalton, GA 3072202586<br>Email: jbledsoe@minorfirm.com |

ID# E-G23EPH2K-GQY
⚡ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

21-A-3497

DEC 03, 2021 03:50 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**IN THE STATE COURT OF COBB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| AKIKO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO.  21-A-3497 |
| v. | ) | |
| | ) | |
| THE KROGER CO., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT THE KROGER CO.'S RULE 5.2**
**CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL**

THIS CERTIFIES that pursuant to Uniform Rule of State Court 5.2, I have this day served

a copy of the following discovery documents upon opposing counsel in the above-styled action:

1.    Defendant The Kroger Co's Responses and Objections to Plaintiff's First
Continuing Interrogatories; and

2.    Defendant The Kroger Co's Responses and Objections to Plaintiff's Request for
Production of Documents.

Respectfully submitted this the 3rd day of December, 2021.

By: */s/ Sean Herald*
   Matthew G. Moffett
   Georgia Bar No. 515323
   Sean T. Herald
   Georgia Bar No. 246729
   *Attorneys for Defendant The Kroger Co.*

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone:     (404) 870-7390
Facsimile:      (404) 870-1030




**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have this day served a copy of the foregoing **<u>DEFENDANT THE</u>**

**<u>KROGER CO.'S RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY</u>**

**<u>MATERIALS</u>** with the Clerk of Court using the Court's electronic filing-and-service system,

which will send electronic notification to all parties having appeared of record in this action:

Lee B. Perkins, Esq.
5180 Roswell Road
South Building, Suite 201
Atlanta Georgia 30342

Respectfully submitted this <u> 3rd </u> day of <u> December </u>, 2021.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**          ***/s/ Sean T. Herald***
950 East Paces Ferry Road, N.E.          Matthew G. Moffett
Suite 1700 – Salesforce Tower Atlanta          Georgia State Bar No.:  515323
Atlanta, Georgia 30326          Sean T. Herald
Telephone:     (404) 870-7445          Georgia State Bar No.:  246729
Facsimile:     (404) 870-1030          *Attorneys for The Kroger Co.*

**EFILED IN OFFICE**
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-3497**

**JAN 06, 2022 02:58 PM**

ID# 24RTYB2DQG-3JD

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

AKIKO DAVIS,                          )
                                      )
            Plaintiff,                )        CIVIL ACTION FILE
                                      )
vs.                                   )        NO. 21-A-3497
                                      )
THE KROGER CO.,                       )
                                      )
            Defendant.                )

### PLAINTIFF'S NOTICE OF SERVING DISCOVERY RESPONSES

This is to certify that I have this day served Plaintiff's Responses to Defendant's First Interrogatories to Plaintiff, Defendant's Request for Production of Documents to Plaintiff, and Defendant's First Request for Admissions to Plaintiff, by United States Mail, postage prepaid, to the person and address listed below:

Sean T. Herald, Esq.
Gray, Rust, St. Amand, Moffett & Brieske
950 East Paces Ferry Road, NE
Suite 1700
Atlanta, Georgia 30326

This _6_ day of _Jan._, 2022.

Lee B. Perkins
Attorney for Plaintiff
Georgia Bar No. 572256

5180 Roswell Road
South Building, Suite 201
Atlanta, GA  30342
(404) 231-9229

002NSD22cobb-davis

